FILED

07 DEC 19 PM 3:07

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: (P          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| UNITED STATES OF AMERICA, | ) | Criminal Case No. '07 CR 3402 IEG |
|---|---|---|
| Plaintiff, | ) | INDICTMENT |
| v. | ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| ISAAC RAMOS, | ) | |
| Defendant. | ) | |

The grand jury charges:

On or about November 21, 2007, within the Southern District of California, defendant ISAAC RAMOS, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

//

CJB:fer:San Diego
12/17/07

It is further alleged that defendant ISAAC RAMOS, was removed from the United States subsequent to November 14, 2005.

DATED: December 19, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney