```
1  JOAN KERRY BADER
   California State Bar No. 172586
2  964 Fifth Avenue, Suite 214
   San Diego, California  92101-6128
3  Telephone:  (619) 699-5995
   FAX (619) 699-5996
4  Attorney for Defendant Ramos
```

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
THE HON. IRMA E. GONZALEZ

| | |
|---|---|
| THE UNITED STATES OF AMERICA | CASE NO. 07cr3402 |
| v. | July 21, 2008<br>2:00 p.m. |
| ISAAC RAMOS,<br>     Defendant | EXHIBITS IN SUPPORT OF DEFENSE MOTION TO DISMISS THE INDICTMENT AND TO SUPPRESS STATEMENTS |

TO:  KAREN HEWITT, UNITED STATES ATTORNEY;
     CHRISTOPHER ALEXANDER, ASSISTANT UNITED STATES ATTORNEY

Defendant Isaac Ramos, by and through his attorney, J. Kerry Bader, hereby files the attached Exhibits in support of his motion to dismiss the indictment and his motion to suppress statements and evidence.

Respectfully submitted,          /s/Joan Kerry Bader
                                 Joan Kerry Bader
                                 Attorney for Isaac Ramos

Dated: July 16, 2008