**EXHIBIT 1**

U.S. Department of Justice

Immigration and Naturalization Service

# Record of Deportable/Inadmissible Alien

| Family Name (CAPS) | First | Middle | | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|---|
| RAMOS, Isaac | | | | M | BLK | BRO | MED |

| Country of Citizenship | Passport Number and Country of Issue | | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|---|
| MEXICO | | Case No: A099 483 933 | | 68 | 175 | LABORER |

| U.S. Address | | | Scars and Marks |
|---|---|---|---|
| IN ICE CUSTODY | | | |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | | |
|---|---|---|---|
| 01/15/1999, Unknown Time, SLU, Afoot | | | |

| F.B.I. Number | ☐ Single   ☒ Married |
|---|---|
| | ☐ Divorced  ☐ Widower  ☐ Separated |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| Tijuana, Mexico | CAP 511.2.2 |

| Date of Birth | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|
| 07/30/1966  Age: 39 | 05/09/2006 | XSF/XBP | Golden State, CCF | 04/25/2006 0000 |

| City, Province (State) and Country of Birth | Form: (Type and No.) | Lifted | Not Lifted | By |
|---|---|---|---|---|
| TIJUANA, BAJA CALIFORNIA, MEXICO | AR ☐ | ☐ | ☐ | LEROY ODOM |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| N/A | | PWA Mexico | IN INSTITUTION |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| N/A | 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 | OVER 1 YEAR |

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE | See narrative |

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) Nationality: MEXICO | Number and Nationality of Minor Children |
|---|---|
| FRANCO, Maria | 3-USC |

| Father's Name, Nationality, and Address, if Known  Nationality: MEXICO | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| GASTELUM, Luis | RAMOS, Maria  Nationality: MEXICO |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? Yes ☒ No ☐ | INS Systems Checks | Charge Code Word(s) |
|---|---|---|---|
| N/A | | CIS Positive | See Narrative |

| Name and Address of (Last) (Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| N/A | N/A | N/A  Hr. / / | / / |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

CII # ~~████████~~

CDC # F~~████████~~

CHARGE CODE WORD(S)
I6A
I2A1
I2A2

Narrative Title: Record of Deportable/Excludable Alien
Narrative Created by ODOM

Subject is a native and citizen of Mexico, who was encountered at t███████ CCF, McFarland, California. Subject claims to have entered the United States at or near in Luis, Arizona, on or about January 15, 1999, without being admitted or paroled after inspection by an Immigration Officer. On March 4, 2005, subject received an approved I-130 Petition for Alien Relative. On November 14, 2005, subject was convicted in the Superior Court of California, in and for the County of Riverside for the offense of INFLICT CORPORAL INJURY, in violation of section 273.5(A) of the California Penal Code, and sentenced to confinement for a period of 2 years; POSSESSION OF A CONTROLLED SUBSTANCE, to wit: METHAMPHETAMINE, in violation of section 11377(A) of the California Health and Safety Code, and sentenced to confinement for a period of 16 months, and FALSE IMPRISONMENT, in violation of section 236 of the California Penal Code, and sentenced to confinement for a period of 16 months. Subject claims his wife and three USC children currently reside in Indio, California. Subject claims no other ties, equities, or

| Alien has been advised of communication privileges. _____(Date/Initials) | LEROY ODOM  SPECIAL AGENT  _Leroy Odom_  (Signature and Title of INS Offi) |
|---|---|

| Distribution: | Received: (Subject and Documents) (Report of Interview) |
|---|---|
| FILE | Officer: LEROY ODOM |
| STAT | on: May 9, 2006 at _____ (time) |
| | Disposition: Warrant of Arrest/Notice |
| | Examining Officer: MICHAEL J. TOMS |

U.S. Department of Justice
Immigration and Naturalization Service

**Continuation Page for Form** I-213

| Alien's Name | File Number<br>Case No: ~~XXXXX~~ | Date |
|---|---|---|
| RAMOS, Isaac | A099 483 933 | 05/09/2006 |

petitions pending with ICE.

| Signature<br>LEROY ODOM | Title<br>SPECIAL AGENT |
|---|---|

Form I-831 Continuation Page (Rev. 6/12/92)

65

**EXHIBIT 2**

U.S. Department of Justice
Immigration and Naturalization Service

## Notificación de Derechos y Solicitud de Resolución

Case No:
Expediente No: *A 099 483 933*

Nombre: *Isaac RAMOS*

### NOTIFICACIÓN DE DERECHOS

Usted ha sido detenido porque el Servicio de Inmigracion opina que se encuentra en los Estados Unidos ilegalmente. Tiene derecho a una audiencia ante el Tribunal de Inmigración, con el fin de decidir si puede permanecer en los Estados Unidos. En el caso de que Usted solicite esa audiencia, pudiera quedar detenido o tener derecho a la libertad bajo fianza hasta la fecha de la audiencia. Tiene la opción de solicitar el regreso a su país a la brevedad posible, sin celebre la audiencia.

Usted tiene derecho a comunicarse con un abogado u otro representante legal para que lo represente en la audiencia, o para responder a cualquier pregunta acerca de sus derechos conforme a la ley en los Estados Unidos. Si Usted se lo pide, is funcionario que le haya entregado esta Notificación le dará una lista de las asociaciones jurídicas que podrían representarlo gratuitamente o a poco costo. Tiene derecho a comunicarse con el servicio consular o diplomatico de su país. Puede usar el teléfono para llamar a un abogado, o a otro representante legal, o a un funcionario consular en cualquier momento anterior a su salida de los Estados Unidos.

### SOLICITUD DE RESOLUCION

_____ ☐ Solicito una audiencia ante el Tribunal de Inmigración que resuelva si puedo o no permanecer en
Iniciales    los Estados Unidos.

_____ ☐ Considero que estaría en peligro se regreso a mi pais. Mi caso se trasladará al Tribunal de
Iniciales    Inmigración para la celebración de una audiencia.

_____ ☒ Admito que estoy ilegalmente en los Estados Unidos, y no considera que estaría en peligro se regreso
Iniciales    a mi pais. Renuncio a mi derecho a una audiencia ante el Tribunal de Inmigración. Deseo regresar
            a mi pais en cuanto se pueda disponer mi salida. Entiendo que pudiera permanecer detenido hasta
            mi salida.

X_____  *Refused to sign*                          *5-9-06*
         Firma del sujeto                                            Fecha

### CERTIFICATION OF SERVICE

☒ Notice read by subject
☒ Notice read to subject by _____, in the ___Spanish___ language.

*SHIJIE FANG*
Name of Service Officer (Print)

_____                          *5/9/06*   *1500*
Signature of Officer                     Date and Time of Service

Name of Interpreter (Print)

Form I-826 (4/1/97)N

**EXHIBIT 3**

## Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this Notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents which you desire to have considered in connection with your case. If any document is in a foreign language, you must bring the original and a certified English translation of the document. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or deportable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge.

You will be advised by the immigration judge before whom you appear, of any relief from removal for which you may appear eligible including the privilege of departing voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the INS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the INS.

---

### Request for Prompt Hearing

To expedite a determination in my case, I request an immediate hearing. I waive my right to have a 10-day period prior to appearing before an immigration judge.

Before: _Ship Jay  IEA_
(Signature and Title of INS Officer)

Date: _5-9-06_
(Signature of Respondent)

---

### Certificate of Service

This Notice to Appear was served on the respondent by me on _5-9-06_, in the following manner and in
(Date)

compliance with section 239(a)(1)(F) of the Act:

[X] in person        [ ] by certified mail, return receipt requested        [ ] by regular mail

[ ] Attached is a credible fear worksheet.

[ ] Attached is a list of organizations and attorneys which provide free legal services.

The alien was provided oral notice in the ___ _Spanish_ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_Isaac Ramos_
(Signature of Respondent if Personally Served)

_Ship Jay  IEA_
(Signature and Title of Officer)

Form I-862 (Rev. 3/22/99)N

85

**EXHIBIT 4**

U. S. Department of Justice
Immigration and Naturalization Service

**Notice to Appear**

## In removal proceedings under section 240 of the Immigration and Nationality Act

File No: **A099 483 933**

Case No: ~~[redacted]~~

In the Matter of:

Respondent: **Isaac RAMOS** _____ currently residing at:

**IN ICE CUSTODY** _____     _____
                              (Number, street, city state and ZIP code)                              (Area code and phone number)

☐ 1. You are an arriving alien.

☒ 2. You are an alien present in the United States who has not been admitted or paroled.

☐ 3. You have been admitted to the United States, but are deportable for the reasons stated below.

The Service alleges that you:

    **See Continuation Page Made a Part Hereof**

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

    **See Continuation Page Made a Part Hereof**

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to: ☐ 8 CFR 208.30(f)(2)  ☐ 8 CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at: _____

_____
(Complete Address of Immigration Court, Including Room Number, if any)

on **a date to be set** _____ at **a time to be set** to show why you should not be removed from the United States based on the
  (Date)                  (Time)
charge(s) set forth above.

                                  **MICHAEL J. TOMS**
                                  **SUPERVISORY SPECIAL AGENT**
                                  (Signature and Title of Issuing Officer)

Date: **May 9, 2006** _____

                                  **Bakersfield, CA** _____
                                      (City and State)

**See reverse for important information**

Form I-862 (Rev. 3/22/99)N

84

**EXHIBIT 5**

| Alien's Name | File Number | Date |
|---|---|---|
| Isaac RAMOS | Case No: ~~░░░░░░░~~ A099 483 933 | May 9, 2006 |

**The Service alleges that you:**

1) You are not a citizen or national of the United States;

2) You are a native of MEXICO and a citizen of MEXICO;

3) You entered the United States at or near San Luis, Arizona, on or about January 15, 1999;

4) At that time, you were not then admitted or paroled after inspection by an Immigration Officer;

5) You are not a lawful permanent resident of the United States;

6) You were, on November 14, 2005, convicted in the Superior Court of California, in and for the County of Riverside for the offense of INFLICT CORPORAL INJURY, in violation of section 273.5(A) of the California Penal Code;

7) For that offense, you were sentenced to confinement for a period of Two (2) years;

8) You were, on November 14, 2005, convicted in the Superior Court of California, in and for the County of Riverside for the offense of POSSESSION OF A CONTROLLED SUBSTANCE, to wit: METHAMPHETAMINE, in violation of section 11377(A) of the California Health and Safety Code;

9) For that offense, you were sentenced to confinement for a period of One (1) year and Four (4) months;

10) You were, on November 14, 2005, convicted in the Superior Court of California, in and for the County of Riverside for the offense of FALSE IMPRISONMENT, in violation of section 236 of the California Penal Code;

11) For that offense, you were sentenced to confinement for a period of One (1) year and Four (4) months.

**On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:**

| Signature | Title |
|---|---|
| MICHAEL J. ROMS | SUPERVISORY SPECIAL AGENT |

U.S. Department of Justice
Immigration and Naturalization Service

Continuation Page for Form I-862

| Alien's Name | File Number | Date |
|---|---|---|
| Isaac RAMOS | Case No: ~~[redacted]~~<br>A099 483 933 | May 9, 2006 |

Section 212(a)(2)(A)(i)(I) of the Immigration and Nationality Act, as amended, in that you are an alien who has been convicted of, or who admits having committed, or who admits committing acts which constitute the essential elements of a crime involving moral turpitude (other than a purely political offense) or an attempt or conspiracy to commit such a crime.

Section 212(a)(2)(A)(i)(II) of the Immigration and Nationality Act, as amended, in that you are an alien who has been convicted of, or who admits having committed, or who admits committing acts which constitute the essential elements of (or a conspiracy or attempt to violate) any law or regulation of a State, the United States, or a foreign country relating to a controlled substance (as defined in Section 102 of the Controlled Substances Act (21 U.S.C. 802)).

212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended, in that you are an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General.

| Signature | Title |
|---|---|
| MICHAEL J. TOMS | SUPERVISORY SPECIAL AGENT |

Form I-831 Continuation Page (Rev. 6/12/92)

<u>    4    </u> of <u>    4    </u> Pages

**EXHIBIT 6**

U.S. Department of Justice

Immigration and Naturalization Service

# Warrant for Arrest of Alien

Case No: ~~XXXXXXXXXXX~~

File No. A099 483 933

Date: May 9, 2006

**To any officer of the Immigration and Naturalization Service delegated authority pursuant to section 287 of the Immigration and Nationality Act:**

From evidence submitted to me, it appears that:

Isaac RAMOS
_____
(Full name of alien)

an alien who entered the United States at or near San Luis, Arizona _____ on
                                                              (Port)

January 15, 1999 _____ is within the country in violation of the immigration laws and is
      (Date)

therefore liable to being taken into custody as authorized by section 236 of the Immigration and Nationality Act.

By virtue of the authority vested in me by the immigration laws of the United States and the regulations issued pursuant thereto, I command you to take the above-named alien into custody for proceedings in accordance with the applicable provisions of the immigration laws and regulations.

_____
(Signature of authorized INS official)

MICHAEL J. TOMS
_____
(Print name of official)

SUPERVISORY SPECIAL AGENT
_____
(Title)

## Certificate of Service

Served by me at Bakersfield, CA _____ on 5/9/06 _____ at 1450 _____
I certify that following such service, the alien was advised concerning his or her right to counsel and was furnished a copy of this warrant.

_____
(Signature of officer serving warrant)

ICE
_____
(Title of officer serving warrant)

Form I-200 (Rev. 4-1-97)N

88

**EXHIBIT 7**

 

U.S. Department of Justice
Immigration and Naturalization Service

# Notice of Custody Determination

Isaac RAMOS

IN ICE CUSTODY

Case No: ~~XXXXXXX~~
File No: A099 483 933
Date: 05/09/2006

Pursuant to the authority contained in section 236 of the Immigration and Nationality Act and part 236 of title 8, Code of Federal Regulations, I have determined that pending a final determination by the immigration judge in your case, and in the event you are ordered removed from the United States, until you are taken into custody for removal, you shall be:

- ☑ detained in the custody of this Service.
- ☐ released under bond in the amount of $_____.
- ☐ released on your own recognizance.

☑ You may request a review of this determination by an immigration judge.
☐ You may not request a review of this determination by an immigration judge because the Immigration and Nationality Act prohibits your release from custody.

*I6A  I2A1  I2A2*

*No Bond*

MAY 0 9 2006

MICHAEL J. TOMS
_____
(Signature of authorized officer)

SUPERVISORY SPECIAL AGENT
_____
(Title of authorized officer)

Bakersfield, CA
_____
(INS office location)

☐ I do ☒ do not request a redetermination of this custody decision by an immigration judge.
☒ I acknowledge receipt of this notification.

ISAAC RAMOS
_____
(Signature of respondent)

5/9/06
_____
(Date)

---

## RESULT OF CUSTODY REDETERMINATION

On _____, custody status/conditions for release were reconsidered by:

☐ Immigration Judge     ☐ District Director     ☐ Board of Immigration Appeals

The results of the redetermination/reconsideration are:
☐ No change - Original determination upheld.        ☐ Release-Order of Recognizance
☐ Detain in custody of this Service.                ☐ Release-Personal Recognizance
☐ Bond amount reset to _____              ☐ Other: _____

_____
(Signature of officer)

93

Form I-286 (Rev. 4-1-97)N

**EXHIBIT 8**

U.S. Department of Justice

Immigration and Naturalization Service

# Notice to Appear, Bond, and Custody Processing Sheet

| A. Alien's Name | | | |
|---|---|---|---|
| Isaac RAMOS | | | |

| Date of birth | File No. | Date of processing |
|---|---|---|
| 07/30/1966 | Case No: ~~████████~~<br>A099 483 933 | 05/09/2006 |

| Address |
|---|
| IN ICE CUSTODY |

Factual Allegations (attach separate sheet if necessary):    ☒ Charged under section 212 as inadmissible    ☐ Charged under section 237 as deportable

C I I  #   ~~C█████████~~

C D C  #   ~~██████~~

See I-831                                                    ☐ Attorney of Record?

Supporting Evidence    Conviction Documents, Criminal History Checks

## B. ADDITIONAL FACTORS TO BE CONSIDERED FOR BOND/CUSTODY DETERMINATION

1. Is a petition or application pending for this alien or a family member? (Explain)

    No

2. Total times apprehended

    Bonded before? *NO*    How many times? *N/A*    Released O/R before? *N/A  N/A*
    Bond breached? *N/A*    How many times? *N/A*    Complied with terms of O/R? *N/A*

3. Present health of subject, spouse and children (Explain if other than good)

    Appears well

4. Total time in U.S., dates and location; residing with (Family members or others)

    Over 1 year

5. Personal property in U.S. (Liquid and non-liquid assets)

    UNKNOWN

6. Family members in U.S. (Spouse, children, immediate relatives) address if different than subject's

    WIFE and 3 USC cHildren

7. Employment history:  (Other than current)

    From  /  /    To  /  /

8. Other factors (i.e. false claim, attempted flight, unsupervised children at home, etc.)

    UNKNOWN

C. The undersigned recommends:    ☐ V/D without OSC    ☒ NTA Charges (Code)   I6A        SEE I-831

Signature and title of officer  LEROY ODOM  SPECIAL AGENT  *Leroy Odom, Sr*

D. Approved as to legal sufficiency:    Date:_____    Office:_____

Signature and title of Service counsel:_____

E. Based on the above information I have set the following bond $ *No Bond*    Date: 05/09/2006    Office: XBP/XSF

Signature and title of authorizing official:_____

Michael J. Toms
Supervisory Special Agent
Bakersfield, CA

71

Form I-265 (Rev. 4/1/97)N

**EXHIBIT 9**

U.S. Department of Justice

Immigration and Naturalization Service

# Record of Deportable/Inadmissible Alien

| Family Name (CAPS) | First | Middle | | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|---|
| RAMOS, Isaac | | | | M | BLK | BRO | MED |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| MEXICO | | Case No: A099 483 933 | 68 | 175 | LABORER |

| U.S. Address | | | Scars and Marks |
|---|---|---|---|
| IN ICE CUSTODY | | | |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | ☐ Single ☒ Married |
|---|---|---|---|
| 01/15/1999, Unknown Time, SLU, Afoot | | | ☐ Divorced ☐ Widower ☐ Separated |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| Tijuana, Mexico | CAP 511.2.2 |

| Date of Birth | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|
| 07/30/1966   Age: 39 | 05/09/2006 | XSF/XBP | Golden State, CCF | 04/25/2006 0000 |

| City, Province (State) and Country of Birth | AR ☒ | Form: (Type and No.) | Lifted ☐ | Not Lifted ☐ | By |
|---|---|---|---|---|---|
| TIJUANA, BAJA CALIFORNIA, MEXICO | | | | | LEROY ODOM |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| N/A | | PWA Mexico | IN INSTITUTION |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| N/A | 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 | OVER 1 YEAR |

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE | See narrative |

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) Nationality: MEXICO | Number and Nationality of Minor Children |
|---|---|
| FRANCO, Maria | 3-USC |

| Father's Name, Nationality, and Address, if Known  Nationality: MEXICO | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| GASTELUM, Luis | RAMOS, Maria  Nationality: MEXICO |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? Yes ☒ No ☐ | INS Systems Checks | Charge Code Word(s) |
|---|---|---|---|
| N/A | | CIS Positive | See Narrative |

| Name and Address of (Last)/(Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| N/A | N/A | N/A   Hr. | / /   / / |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

CII # ~~████████~~

CHARGE CODE WORD(S)      CDC # ~~████████~~

I6A
I2A1
I2A2

Narrative Title: Record of Deportable/Excludable Alien
Narrative Created by ODOM

Subject is a native and citizen of Mexico, who was encountered at the Golden State, CCF, McFarland, California. Subject claims to have entered the United States at or near San Luis, Arizona, on or about January 15, 1999, without being admitted or paroled after inspection by an Immigration Officer. On March 4, 2005, subject received an approved I-130 Petition for Alien Relative. On November 14, 2005, subject was convicted in the Superior Court of California, in and for the County of Riverside for the offense of INFLICT CORPORAL INJURY, in violation of section 273.5(A) of the California Penal Code, and sentenced to confinement for a period of 2 years; POSSESSION OF A CONTROLLED SUBSTANCE, to wit: METHAMPHETAMINE, in violation of section 11377(A) of the California Health and Safety Code, and sentenced to confinement for a period of 16 months, and FALSE IMPRISONMENT, in violation of section 236 of the California Penal Code, and sentenced to confinement for a period of 16 months.  Subject claims his wife and three USC children currently reside in Indio, California. Subject claims no other ties, equities, or

| | LEROY ODOM SPECIAL AGENT | _(signature)_ |
|---|---|---|
| Alien has been advised of communication privileges. _____ (Date/Initials) | | (Signature and Title of INS Official) |

| Distribution: FILE STAT | Received: (Subject and Documents) (Report of Interview) Officer: LEROY ODOM |
|---|---|
| | on: May 9, 2006 _____ at _____ (time) |
| | Disposition: Warrant of Arrest/Notice to Appear |
| | Examining Officer: MICHAEL J. TOMS |

Form I-213 (Rev.4/1/97)Y

72

U.S. Department of Justice
Immigration and Naturalization Service

| Alien's Name | File Number | Date |
|---|---|---|
| RAMOS, Isaac | Case No: ~~████████~~<br>A099 483 933 | 05/09/2006 |

petitions pending with ICE.

| Signature | Title |
|---|---|
| LEROY ODOM | SPECIAL AGENT |

Form I-831 Continuation Page (Rev. 6/12/92)

**EXHIBIT10**

U.S. Department of Justice
Immigration and Naturalization Service

# Notice to Appear

In removal proceedings under section 240 of the Immigration and Nationality Act:

File No: _____ A 099-483-933 _____

In the Matter of:     Isaac RAMOS

Respondent: _____ **Isaac RAMOS** _____     currently residing at:
_____ c/o Eloy Detention Center, 1705 E. Hanna Road, Eloy, Arizona     85231 _____     _____ (520) 466-2000 _____
(Number, street, city, state and ZIP code)                                                                    (Area code and phone number)

☐  1.   You are an arriving alien.

☒  2.   You are an alien present in the United States who has not been admitted or paroled.

☐  3.   You have been admitted to the United States, but are deportable for the reasons stated below.

The Service alleges that:

  1.   **You are not a citizen or national of the United States;**

  2.   **You are a native of Mexico and citizen of Mexico;**

  3.   **You entered in the United States at or near San Luis, Arizona, on or about January 15, 1999;**

  4.   **You were not then admitted or paroled after inspection by an Immigration Officer.**

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

> **Section 212(a)(6)(A)(i)** of the Immigration and Nationality Act, as amended, in that you are an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General.

☐  This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

Section 235(b)(1) order was vacated pursuant to:     ☐  8 CFR 208.30(f)(2)     ☐  8 CFR 235.3(b)(5)(iv)

**YOU ARE ORDERED** to appear before an immigration judge of the United States Department of Justice at:

_____ Executive Office for Immigration Review, Eloy Detention Center, 1705 E. Hanna Road, Eloy, Arizona   85231 _____
(Complete Address of Immigration Court, including Room Number, if any)

on **To Be Set** at **To Be Set** to show why you should not be removed from the United States based on the charge(s) set forth above.
       (Date)              (Time)

_____
(Signature and Title of Issuing Officer)

Date: **May 11, 2006**     _____ **Eloy, Arizona** _____
(City and State)

*See reverse for important information*

Form I-862(Rev. 3/22/99)N

**EXHIBIT 11**

### Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will provided with this Notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents which you desire to have considered in connection with your case. If any document is in a foreign language, you must bring the original and a certified English translation of the document. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or deportable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge.

You will be advised by the immigration judge before whom you appear, of any relief from removal for which you may appear eligible including the privilege of departing voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the INS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the INS.

### Request for Prompt Hearing

To expedite a determination in my case, I request an immediate hearing. I waive my right to have a 10-day period prior to appearing before an immigration judge.

ISAAC RAMOS
_____
(Signature of Respondent)

Before: _____
(Signature and Title of INS Officer)

Date: 5/11/06

### Certificate of Service

This Notice To Appear was served on the respondent by me on **May 11, 2006**, in the following manner and in compliance with section 239(a)(1)(F) of the Act:

☒ in person    ☐ by certified mail, return receipt requested    ☐ by regular mail

☐ Attached is a list of organizations and attorneys which provide free legal services.

☐ The alien was provided oral notice in the _____ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

ISAAC RAMOS
_____
(Signature of Respondent if Personally Served)

_____
(Signature and Title of Officer)

Form I-862 (Rev. 3-22-99)N

83

**EXHIBIT 12**

PATRICIA M. VROOM
Chief Counsel
Department of Homeland Security
U.S. Immigration and Customs Enforcement
2035 N. Central Ave.
Phoenix, Arizona 85004

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
ELOY, ARIZONA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN REMOVAL PROCEEDINGS |
| **Isaac RAMOS** | ) | |
| **A 099-483-933** | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____Respondent_____ | ) | |

GOVERNMENT'S CONCURRENCE TO
STIPULATED REQUEST FOR REMOVAL ORDER
AND WAIVER OF HEARING

Upon review of the respondent's administrative file and the attached documents, Department of Homeland Security, by and through counsel for the U.S. Immigration and Customs Enforcement (ICE), concurs with the Respondent's request pursuant to 8 CFR §1003.25(b) for the Immigration Judge to issue a stipulated removal order without holding a hearing. ICE waives appeal if the Immigration Judge grants the request for stipulated removal order. If the Immigration Judge does not grant the request for stipulated removal order, then the attached NTA will be deemed to be filed with the court for the purpose of scheduling a full hearing before the immigration court, and ICE reserves the right to contest any and all issues that arise, and further reserves the right to appeal any and all issues that arise in that hearing.

ICE will provide the respondent with a copy of this concurrence. All inquiries and correspondence in this matter should be directed to the undersigned government attorney who is handling this matter.

Respectfully submitted,
PATRICIA M. VROOM
Chief Counsel, ICE
Phoenix, Arizona

_____5-11-08_____
Date

By: _____
Assistant Chief Counsel, ICE
Eloy, Arizona

75

**EXHIBIT 13**

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
ELOY, ARIZONA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN REMOVAL PROCEEDINGS |
| *En El Caso de:* | ) | *En Procedimientos de Expulsión* |
| **Isaac RAMOS** | ) | |
| | ) | FILE NO:  **A 099-483-933** |
| | ) | *Numero de Archivo:* |
| | ) | |
| **Respondent** | ) | |
| *Demandado* | ) | |

STIPULATED REQUEST FOR
REMOVAL ORDER AND WAIVER OF HEARING

*RENUNCIA DE AUDIENCIA*
*PETICION PARA ORDEN DE EXPULCION ESTIPULADA*

**I, Isaac RAMOS, make the following statements and admissions:**
*Yo, **Isaac RAMOS**, hago las siguientes declaraciones y admisiones:*

1.  **I am 18 years of age or older.**
    *Tengo 18 años de edad o más.*

2.  **I have received a copy of the Notice to Appear (NTA) dated <u>May 11, 2006</u>. The NTA contains my full, true, and correct name.**
    *Yo he recibido una copia del Aviso a Comparecer (NTA) fechada **<u>May 11, 2006</u>**. La copia de la NTA contiene mi nombre completo, verdadero, y correcto.*

3.  **I have also received a Legal Aid Services list.**
    *También he recibido una lista de Servicios de Asistencia Legal.*

Name:   **Isaac RAMOS**
File No:  **A 099-483-933**

4.   I have been advised of my right to be represented by an attorney of my choice, at my own expense, during these proceedings. I waive this right. I will represent myself in these proceedings.
*Se me ha informado sobre mi derecho de ser representado por un abogado de mi elección a costo propio, durante estos procedimientos. Yo renuncio voluntariamente este derecho. Yo me representaré a mi mismo en estos procedimientos.*

5.   I have been advised that by signing this request, I will be giving up the following legal rights that I would have in a hearing before an Immigration Judge.

   a)    the right to question witnesses;
   b)    the right to offer and to object to evidence;
   c)    the right to require the government to prove my removability.

   Knowing this, I waive these rights and request that my removal proceedings be held without a hearing and that the Immigration Judge issue an order based solely on the written record.
   *Se me ha informado que al firmar esta petición estaré cediendo voluntariamente los siguientes derechos legales, a los cuales yo tendría derecho en una audiencia delante de un Juez de Inmigración.*

   a)    *El derecho de interrogar a testigos;*
   b)    *El derecho de ofrecer y de oponerme a evidencia;*
   c)    *El derecho de requerir que el gobierno compruebe mi expulsabilidad.*

   *Entendiendo esto, yo renuncio estos derechos y pido que mi procedimiento sea conducido sin audiencia y que el Juez de Inmigración emita una orden basada únicamente en el acta escrita.*

6.   I admit that all of the factual allegations contained in the NTA are true and correct as written.
*Admito que todas las alegaciones de hecho preciso contendidas en la NTA son verdaderas y correctas.*

7.   I agree and concede that I am deportable or inadmissible as charged on the NTA.
*Estoy de acuerdo y concedo que soy expulsable según los cargos en la NTA.*

Name:  **Isaac RAMOS**
File No:  **A 099-483-933**

8.  I understand that I may qualify for one or more forms of relief from removal, including voluntary departure. I knowingly and intelligently waive my right to apply for any relief or protection from removal for which I may be eligible under the Immigration and Nationality Act or any other provision of law. Such relief and protection may include voluntary departure, adjustment of status, suspension of deportation or cancellation of removal, registry, naturalization, political asylum, withholding of removal, and protection under the Convention Against Torture.

    *Yo entiendo que puedo calificar para una o mas formas de remedio legal a remoción, incluyendo salida voluntaria. Yo, a sabiendas e inteligentemente, cedo mi derecho de solicitar algún remedio legal o protección de expulsión de los cuales pueda yo tener derecho bajo la ley de Inmigración y Naturalización o cualquier otra provisión de ley. Tal remedio legal y protección puede ser salida voluntaria, ajuste de estatus, cambio de estatus, suspensión o cancelación de expulsión, registro, naturalización, asilo político, retención de expulsión, y la protección bajo la Convención Contra la Tortura.*

9.  I choose **Mexico** as the country designated for removal.
    *Yo elijo a **Mexico** como el país designado para la expulsión.*

10. I understand and agree that this written statement/stipulation will be introduced as an exhibit to, and will be made part of the Record of Proceeding.
    *Yo entiendo y estoy de acuerdo que esta declaración escrita formará parte del acta revisada por el Juez de Inmigración.*

11. _____ I have read or _____X_____ I have had read to me in a language I understand, this entire document. I fully understand its consequences. I submit this request for removal voluntarily, knowingly, and intelligently. I realize that by signing this document, I will be removed from the United States.
    _____ *He leído o* _____X_____ *me han leído, en un idioma que yo entiendo, este documento entero. Entiendo completamente sus consecuencias. Someto esta petición para expulsión de manera voluntaria, con pleno entendimiento e inteligencia. Estoy consiente que al firmar este documento, yo seré expulsado de los Estados Unidos.*

12. I understand and agree that I will accept a written order for my removal as a final disposition of these proceedings.
    *Entiendo y estoy de acuerdo de que aceptaré una orden escrita para mi expulsión, como disposición final de este procedimiento.*

13. I hereby waive appeal of the written order of removal.
    *No deseo apelar la orden escrita del Juez Inmigración.*

78

Name:    **Isaac RAMOS**
File No:  **A 099-483-933**

14.   I understand that, depending upon the facts and circumstances of my case, I cannot return to
      the United States for a minimum of ten years, and possibly forever, without special permission
      from the Attorney General of the United States. I also understand that returning without
      proper permission could result in my being removed again and/or my being prosecuted for
      illegal reentry, which may result in punishment of up to twenty years in prison.
      *Yo entiendo que dependiendo de los hechos precisos y las circunstancias de mi caso, no puedo
      volver a los Estados Unidos por un tiempo mínimo de diez años, y posiblemente para siempre, sin el
      permiso especial del Procurador General de los Estados Unidos. Además, entiendo que el volver sin
      permiso apropiado puede resultar en mi expulsión y/o enfrentar cargos criminales por entrada
      ilegal, los cuales pueden resultar con un castigo máximo de veinte años.*

15.   I hereby certify that all the information I have given in this stipulated request is true and
      correct.
      *Certifico que toda la información que he dado en esta petición estipulada es verdadera y correcta.*


_____            _____
     Date/*Fecha*                  Respondent/*Demandado*

_____            _____
        (Date)                    (Signature of Witness, Title)

**Received by ICE Counsel**

_____            _____
        (Date)

                                Assistant Chief Counsel
                                Department of Homeland Security
                                U.S. Immigration and Customs Enforcement

79

# COUNTY OF LOS ANGELES • REGISTRAR-RECORDER

## LICENSE AND CERTIFICATE OF CONFIDENTIAL MARRIAGE

STATE FILE NUMBER
**28586**
LOCAL REGISTRATION NUMBER
LICENSE NUMBER **057598**

**HUSBAND PERSONAL DATA**

| 1A. NAME OF HUSBAND—First (Given) | 1B. MIDDLE | 1C. LAST (Family) | 2. DATE OF BIRTH—Month, Day, Year |
|---|---|---|---|
| ISAAC | NMN | RAMOS | 07/30/66 |

3. STATE OF BIRTH: MEXICO | 4. NUMBER OF PREVIOUS MARRIAGES: NONE | 5A. LAST MARRIAGE ENDED BY | 5B. DATE—Month, Day, Year: -0-

( ) DEATH   ( ) DISSOLUTION   ( ) ANNULMENT

6A. USUAL OCCUPATION: LABORER | 6B. USUAL KIND OF BUSINESS OR INDUSTRY: PLASTIC FACTORY | 7. EDUCATION—YEARS COMPLETED: 6 GRADE

8A. FULL NAME OF FATHER: UNKNOWN | 8B. STATE OF BIRTH | 9A. FULL MAIDEN NAME OF MOTHER: MARIA LUISA RAMOS | 9B. STATE OF BIRTH: MEXICO

**WIFE PERSONAL DATA**

| 10A. FULL NAME OF WIFE—First (Given) | 10B. MIDDLE | 10C. CURRENT LAST (Family) | 10D. MAIDEN LAST (Family) IF DIFFERENT THAN 10C |
|---|---|---|---|
| MARIA | GUADALUPE | FRANCO | SAME |

11. DATE OF BIRTH—Month, Day, Year: 02/19/65 | 12. STATE OF BIRTH: MEXICO | 13. NUMBER OF PREVIOUS MARRIAGES: NONE | 14A. LAST MARRIAGE ENDED BY | 14B. DATE—Month, Day, Year: -0-

( ) DEATH   ( ) DISSOLUTION   ( ) ANNULMENT

15A. USUAL OCCUPATION: LABORER | 15B. USUAL KIND OF BUSINESS OR INDUSTRY: FACTORY | 16. EDUCATION—YEARS COMPLETED: 7 GRADE

17A. FULL NAME OF FATHER: BRUNO FRANCO | 17B. STATE OF BIRTH: MEXICO | 18A. FULL MAIDEN NAME OF MOTHER: GUADALUPE CABRERA | 18B. STATE OF BIRTH: MEXICO

**RESIDENCE OF HUSBAND AND WIFE**

19A. RESIDENCE—Street and Number: 8633 GARDEN VIEW ST. | 19B. CITY: S. GATE | 19C. ZIP CODE: 90280 | 19D. COUNTY—Outside California, Enter State: LOS ANGELES

20A. MAILING ADDRESS—if different: SAME | 20B. CITY: SAME | 20C. ZIP CODE: SAME | 20D. COUNTY—Outside California, Enter State: SAME

**AFFIDAVIT**

We, the undersigned declare that we are an unmarried man and an unmarried woman, not minors, and have been living together as husband and wife and that the foregoing information is true and correct to the best of our knowledge and belief, that no legal objection to the marriage nor to the issuance of a license is known to us, and hereby apply for a License and Certificate of Confidential Marriage.

21. SIGNATURE OF HUSBAND: *Isaac Ramos* | 22. SIGNATURE OF WIFE: *M Guadalupe Franco*

I, the undersigned, empowered by the laws of the State of California, do hereby certify that the above-named parties to be married have personally appeared before me, proved to me on the basis of satisfactory evidence, have declared or affirmed that they meet all the requirements of the law, and the fees prescribed by law having been paid, do hereby authorize said parties to be married pursuant to Section 4213, Civil Code OR that these parties are issued to the person performing the license; and the above person's presentation of an affidavit signed by the person and the parties to be married due to the inability of one or both of the parties to be married or physically appear. The affidavit explains the reason for inability to appear in accordance with Section 4213.1, Civil Code

23A. SIGNATURE AND TITLE OF ISSUING CLERK: V. BLACK, DEPUTY | 24. SUBSCRIBED AND SWORN TO BEFORE ME ON 11  09  90

23B. COUNTY OF ISSUE: LOS ANGELES | 23C. MAILING ADDRESS AND ZIP CODE: 111 N. HILL ST. | 24A. AFFIX NOTARY SEAL IF (Applicable):

**OFFICIAL SEAL — CONCEPCION MORCHON — NOTARY PUBLIC - CALIFORNIA — LOS ANGELES COUNTY — My comm. exp. OCT 18, 1993**

25. SIGNATURE OF NOTARY: CONCEPCION MORCHON

23D. ISSUE DATE—Month, Day, Year: NOV. 2, 1990 | 23E. LICENSE EXPIRES AFTER—Month Day Year: JAN. 31, 1991

**CERTIFICATION OF PERSON SOLEMNIZING MARRIAGE**

26. I hereby certify that the above named man and woman were joined by me in marriage in accordance with the laws of the State of California.

ON: NOVEMBER (MONTH)  09 (DAY)  90 (YEAR)
AT: LOS ANGELES (CITY OR TOWN)  L.A. (COUNTY)

NOTE: THIS MARRIAGE MUST TAKE PLACE IN THE COUNTY IN WHICH THE LICENSE WAS ISSUED.

28A. SIGNATURE OF PERSON SOLEMNIZING MARRIAGE

28B. RELIGIOUS DENOMINATION OR CLERGY: Christian Church of Universal

28C. NAME OF PERSON SOLEMNIZING MARRIAGE (Type or Print): GERARDO MORCHON — MINISTER

28D. MAILING ADDRESS (Include City and State): 237 S. BROADWAY ST. L.A. CA.  28F. ZIP CODE: 90012

**COUNTY CLERK**

27A. SIGNATURE OF COUNTY CLERK | 27B. SIGNATURE OF DEPUTY CLERK (if Applicable): *Charles Weissburd*  BY

29. DATE ACCEPTED FOR REGISTRATION: NOV 26 1990

MUST BE LEGIBLE/MAKE NO ERASURES, WHITEOUTS OR OTHER ALTERATIONS — SEE REVERSE SIDE FOR FURTHER INSTRUCTIONS — VS 123 (7-90)

---

This is to certify that this document is a true copy of the official record filed with the Registrar-Recorder.

*Charles Weissburd*
CHARLES WEISSBURD
Registrar-Recorder

DEC 19 1990
19-703764

This copy not valid unless prepared on engraved border displaying the County of Los Angeles Seal and Signature of Registrar-Recorder.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE



**EXHIBIT 14**