1  JOAN KERRY BADER
   California State Bar No. 172586
2  964 Fifth Avenue, Suite 214
   San Diego, California  92101-6128
3  Telephone:  (619) 699-5995
   FAX (619) 699-5996
4  Attorney for Defendant Ramos

5
                    THE UNITED STATES DISTRICT COURT
6            FOR THE SOUTHERN DISTRICT OF CALIFORNIA
                    THE HON. IRMA E. GONZALEZ
7
   THE UNITED STATES OF          )        CASE NO.07cr3402
8  AMERICA                       )
                                 )        July 21, 2008
9  v.                            )        2:00 p.m.
                                 )        PROOF OF SERVICE
10                               )
   ISAAC RAMOS,                  )
11            Defendant          )
                                 )
12                               )
   _____)
13 TO:  KAREN HEWITT, UNITED STATES ATTORNEY;
        CHRISTOPHER ALEXANDER, ASSISTANT UNITED STATES ATTORNEY
14
         Defendant Isaac Ramos, by and through his attorney, J. Kerry Bader,
15
   hereby files his Exhibits in support of his Motions to Dismiss the
16
   Indictment, Suppress Statements and leave to file further motions on
17
   this date.
18

19
   Respectfully submitted,          /s/Joan Kerry Bader
20                                   Joan Kerry Bader
                                     Attorney for Isaac Ramos
21 Dated: July 16, 2008

22

23

24

25

26

27

28

                                   1                          07CR3402