```
 1  JOAN KERRY BADER
    California State Bar No. 172586
 2  964 Fifth Avenue, Suite 214
    San Diego, California  92101-6128
 3  Telephone:  (619) 699-5995
    FAX (619) 699-5996
 4  Attorney for Defendant Ramos
```

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
THE HON. IRMA E. GONZALEZ

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | ) ) ) ) | CASE NO.07cr3402 <br> July 21, 2008 <br> 2:00 p.m. |
| v. | ) ) | |
| ISAAC RAMOS,          Defendant | ) ) ) ) ) | REQUEST FOR ORDER SHORTENING TIME AND REQUEST TO CHANGE HEARING DATE |

TO: KAREN HEWITT, UNITED STATES ATTORNEY;
    CHRISTOPHER ALEXANDER, ASSISTANT UNITED STATES ATTORNEY

Defendant Isaac Ramos, by and through his attorney, J. Kerry Bader, hereby files his request for order shortening time of the filing of these motions six days before the hearing date of July 21, 2008 before this Court because defense counsel did not anticipate the amount of time it would take to prepare the motions and because of press of business.

In light of the late filing, defense counsel respectfully moves the Court to change the date of this hearing either to the *in limine* motions hearing date which is scheduled for August 5, 2008 or some other convenient date. Defense counsel has alerted government counsel to this scheduling issue and has not yet received a response.

Respectfully submitted,        /s/Joan Kerry Bader
                               Joan Kerry Bader
                               Attorney for Isaac Ramos
Dated: July 16, 2008

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

07CR3402