FILED

2008 JUL 22 PM 12: 23

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
THE HON. IRMA E. GONZALEZ

| | |
|---|---|
| THE UNITED STATES OF AMERICA | ) CASE NO. 07cr3402 |
| | ) |
| v. | ) July 21, 2008 |
| | ) 2:00 p.m. |
| | ) |
| ISAAC RAMOS, | ) |
| Defendant | ) |
| | ) |
| | ) |
| _____ | ) |

GOOD CAUSE APPEARING it is hereby ordered that the motions in this

matter be filed six days before the scheduled hearing in this matter.

DATED ___7/19/08___

_____
The Hon. Irma E. Gonzalez

1

07CR3402