```
JOAN KERRY BADER
California State Bar No. 172586
964 Fifth Avenue, Suite 214
San Diego, California  92101-6128
Telephone:  (619) 699-5995
FAX (619) 699-5996
Attorney for Defendant Ramos
```

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
THE HON. IRMA E. GONZALEZ

| | |
|---|---|
| THE UNITED STATES OF AMERICA | CASE NO.07cr3402IEG |
| v. | August 12, 2008<br>9:00 a.m. |
| ISAAC RAMOS,<br>        Defendant | |

TO: KAREN HEWITT, UNITED STATES ATTORNEY;
    CHRISTOPHER ALEXANDER, ASSISTANT UNITED STATES ATTORNEY

   Defendant Isaac Ramos, by and through his attorney, J. Kerry Bader, has served this and the government with his motions to dismiss, to suppress and motions *in limine* on this day.


Respectfully submitted,          /s/Joan Kerry Bader
                                 Joan Kerry Bader
                                 Attorney for Isaac Ramos

Dated: August 7, 2008