JOAN KERRY BADER
California State Bar No. 172586
964 Fifth Avenue, Suite 214
San Diego, California  92101-6128
Telephone:  (619) 699-5995
FAX (619) 699-5996
Attorney for Defendant Ramos

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
THE HON. IRMA E. GONZALEZ

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) | CASE NO.07cr3402 |
| ) | August 12, 2008 |
| v. ) | 9:00 a.m. |
| ) | PROOF OF SERVICE |
| ) | |
| ISAAC RAMOS, ) | |
| Defendant ) | |

TO:  KAREN HEWITT, UNITED STATES ATTORNEY;
     CHRISTOPHER ALEXANDER, ASSISTANT UNITED STATES ATTORNEY

Defendant Isaac Ramos, by and through his attorney, J. Kerry Bader, hereby files his Amended Motions *in limine,* and his Motions to Dismiss the Indictment, and Suppress Statements and evidence on this date.

Respectfully submitted,            /s/Joan Kerry Bader
                                   Joan Kerry Bader
                                   Attorney for Isaac Ramos

Dated: August, 2008

1                                                              07CR3402