KAREN P. HEWITT
United States Attorney
ERIC J. BESTE
Assistant U.S. Attorney
California State Bar No. 226089
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5104/(619) 557-7055 (Fax)
Email: eric.beste@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3402-IEG |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| | ) | |
| ISAAC RAMOS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

| Name | Cal. Bar No. | Telephone No. | Email Address |
|---|---|---|---|
| Eric J. Beste | 226089 | (619) 557-5104 | eric.beste@usdoj.gov |
| Christopher Alexander | 201352 | (619) 557-7425 | christopher.m.alexander@usdoj.gov |

1   Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

2   <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:

3   <u>Name</u>                    <u>Cal. Bar No.</u>    <u>Telephone No.</u>        <u>Email Address</u>

4   NONE

5   Please call me if you have any questions about this notice.

6   DATED: August 13, 2008

7                                           Respectfully submitted,

8                                           KAREN P. HEWITT
                                            United States Attorney

9

10

11                                          s/ERIC J. BESTE
                                            Assistant United States Attorney
                                            Attorneys for Plaintiff

12                                          United States of America
                                            **Email: eric.beste@usdoj.gov**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Notice of Appearance
    United States v. Isaac Ramos              2                    07CR3402

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07CR3402-IEG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| ISAAC RAMOS. | ) | |
| | ) | |
| Defendant. | ) | |
| ———————————————————— | ) | |

IT IS HEREBY CERTIFIED THAT:

I, ERIC J. BESTE, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893. I am not a party to the above-entitled action. I have caused service of Government's Notice of Appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    Joan Kerry Bader
    Law Offices of J Kerry Bader
    Email: kbader1270@aol.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 13, 2008.

                                    s/ERIC J. BESTE
                                    Assistant United States Attorney
                                    Attorneys for Plaintiff
                                    United States of America
                                    **Email: eric.beste@usdoj.gov**