U.S. Department of Justice
Immigration and Naturalization Service

# Record of Deportable/Inadmissible Alien

| Family Name (CAPS) | First | Middle | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|
| RAMOS, Isaac | | | M | BLK | BRO | MED |

| Country of Citizenship | Passport Number and Country of Issue | Case No: A099 483 933 | Height | Weight | Occupation |
|---|---|---|---|---|---|
| MEXICO | | | 68 | 175 | LABORER |

| U.S. Address | Scars and Marks |
|---|---|
| IN ICE CUSTODY | See Narrative |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | ☐ Single ☐ Divorced ☒ Married ☐ Widower ☐ Separated |
|---|---|---|---|
| 05/11/2006, Unknown Time, NOG, PWA(AFOOT) | | | |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| | CST 520.3 |

| Date of Birth | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|
| 07/30/1966  Age: 40 | 12/28/2006 | SFR/FRE | Avenal | 12/27/2006 0000 |

| City, Province (State) and Country of Birth | AR ☒ | Form: (Type and No.) | Lifted ☐ | Not Lifted ☐ | By |
|---|---|---|---|---|---|
| TIJUANA, BAJA CALIFORNIA, MEXICO | | | | | PETER NIEBLA |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | PWA Mexico | IN INSTITUTION |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | 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 | 1 MONTH TO 1 YEAR |

| Immigration Record | Criminal Record |
|---|---|
| POSITIVE - See Narrative | See narrative |

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) Nationality: MEXICO | Number and Nationality of Minor Children |
|---|---|
| FRANCO, Maria | 3, USC |

| Father's Name, Nationality, and Address, if Known Nationality: MEXICO | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| GASTELUM, Luis | RAMOS, Maria  Nationality: MEXICO |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? Yes ☒ No ☐ | INS Systems Checks See Narrative | Charge Code Word(s) I9C2 |
|---|---|---|---|

| Name and Address of (Last)/(Current) U.S. Employer | Type of Employment | Salary Hr. | Employed from/to |
|---|---|---|---|

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

SCARS, MARKS AND TATTOOS
None Visible

INS SYSTEMS CHECKS
Central Index System Positive
Deportable Alien Control System Positive
Treasury Enforcement Communications System Positive

Narrative Title: Record of Deportable/Excludable Alien
Narrative Created by NIEBLA

SUBJECT was located at Avenal State Prison in Avenal, California through Prison records. All information has been obtained from records checks and SUBJECTS file.

SUBJECT is a 40-year-old male, who admits to being a native and citizen of Mexico deriving that status through birth in Mexico. Records reflect birth in Mexico, leading me to inquire into possible violations of Immigration Law. SUBJECT claims no pending applications or petitions with the Service.

Records checks were run through CIS using the name that the SUBJECT had given, they came

Alien has been advised of communication privileges. 01/04/07 (Date/Initials)

PETER NIEBLA
IMMIGRATION ENFORCEMENT AGENT
(Signature and Title of INS Official)

Distribution:
FILE
ADMIN
DRO

IDENTED
# 220660
DATE: 01/04/07
OFFICER ID: 58

Received: (Subject and Documents) (Report of Interview)
Officer: PETER NIEBLA
on: December 28, 2006 at 1409 (time)

Disposition: REINSTATEMENT OF DEPORT ORDER I-871

Examining Officer: MALCOLM BOONE

55

Form I-213(Rev.4/1/97)Y

Department of Justice
Immigration and Naturalization Service — Case 3:07-cv-03402-IEG   Document 29-2   Filed 08/15/2008   Page 2 of 3

Continuation for Form —

| Alien's Name | File Number / Case No. | Date |
|---|---|---|
| RAMOS, Isaac | A099 483 933 | 12/28/2006 |

back positive and they revealed that SUBJECT was previously removed on 05/11/2006 through Nogales, Arizona. Criminal checks were run through TECS and it showed that SUBJECT has a criminal history.

CRIMINAL HISTORY:

On 11/14/05 PC 273.5 Inflict Corporal Injury, a Felony 2-years prison.

Certified conviction documents are in the file for further review.

On December 28, 2006, An Immigration detainer was placed on SUBJECT.

Disposition: Subject will be processed as a reinstatement due to his prior removals and upon his release he will be asked to give a sworn statement.

RELEASE DATE: 01/03/07
FBI# ~~~~~~
CII# ~~~~~~
CDC# ~~~~~~

| Signature | Title |
|---|---|
| PETER NIEBLA | IMMIGRATION ENFORCEMENT AGENT |

2 of 2 Pages

Form I-831 Continuation Page (Rev. 6/12/92)

**U.S. Department of Justice**
Immigration and Naturalization Service

## Record of Deportable/Inadmissible Alien

| Family Name (CAPS) | First | Middle | | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|---|
| RAMOS, Isaac | | | | M | BLK | BRO | MED |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| MEXICO | | Case No: A099 483 933 | 68 | 175 | LABORER |

U.S. Address: IN ICE CUSTODY

Scars and Marks:

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | ☐ Single ☐ Divorced ☒ Married ☐ Widower ☐ Separated |
|---|---|---|---|
| 01/15/1999, Unknown Time, SLU, Afoot | | | |

Number, Street, City, Province (State) and Country of Permanent Residence: TIJUANA, MEXICO

Method of Location/Apprehension: CAP 511.2.2

| Date of Birth | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|
| 07/30/1966  Age: 39 | 05/09/2006 | XSF/XBP | Golden State, CCF | 04/25/2006 0000 |

| City, Province (State) and Country of Birth | AR | Form: (Type and No.) | Lifted | Not Lifted | By |
|---|---|---|---|---|---|
| TIJUANA, BAJA CALIFORNIA, MEXICO | ☒ | | ☐ | ☐ | LEROY ODOM |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| N/A | | PWA Mexico | IN INSTITUTION |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| N/A | 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 | OVER 1 YEAR |

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE | See narrative |

Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) Nationality: MEXICO
FRANCO, Maria

Number and Nationality of Minor Children: 3-USC

Father's Name, Nationality, and Address, if Known Nationality: MEXICO
GASTELUM, Luis

Mother's Present and Maiden Names, Nationality, and Address, if Known
RAMOS, Maria  Nationality: MEXICO

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? Yes ☒ No ☐ | INS Systems Checks | Charge Code Word(s) |
|---|---|---|---|
| N/A | | CIS Positive | See Narrative |

| Name and Address of (Last)/(Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| N/A | N/A | N/A Hr. | / /   / / |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

CII # [redacted]

CDC # F[redacted]

CHARGE CODE WORD(S)
I6A
I2A1
I2A2

Narrative Title: Record of Deportable/Excludable Alien
Narrative Created by ODOM

Subject is a native and citizen of Mexico, who was encountered at t[redacted]CF, McFarland, California. Subject claims to have entered the United States at or near [San] Luis, Arizona, on or about January 15, 1999, without being admitted or paroled after inspection by an Immigration Officer. On March 4, 2005, subject received an approved I-130 Petition for Alien Relative. On November 14, 2005, subject was convicted in the Superior Court of California, in and for the County of Riverside for the offense of INFLICT CORPORAL INJURY, in violation of section 273.5(A) of the California Penal Code, and sentenced to confinement for a period of 2 years; POSSESSION OF A CONTROLLED SUBSTANCE, to wit: METHAMPHETAMINE, in violation of section 11377(A) of the California Health and Safety Code, and sentenced to confinement for a period of 16 months, and FALSE IMPRISONMENT, in violation of section 236 of the California Penal Code, and sentenced to confinement for a period of 16 months. Subject claims his wife and three USC children currently reside in Indio, California. Subject claims no other ties, equities, or

Alien has been advised of communication privileges. _____ (Date/Initials)

LEROY ODOM
SPECIAL AGENT
(Signature and Title of INS Official)

Distribution:
FILE
STAT

Received: (Subject and Documents) (Report of Interview)
Officer: LEROY ODOM
on: May 9, 2006 at _____ (time)

Disposition: Warrant of Arrest/Notice to Appear

Examining Officer: MICHAEL J. TOMS

64

Form I-213(Rev.4/1/97)Y

| Alien's Name | File Number | Date |
|---|---|---|
| RAMOS, Isaac | Case No: [redacted]<br>A099 483 933 | 05/09/2006 |

petitions pending with ICE.

| Signature | Title |
|---|---|
| LEROY ODOM  *(signed)* | SPECIAL AGENT |

2 of 2 Pages

Form I-831 Continuation Page (Rev. 6/12/92)

65

NAME: Isaac RAMOS
FILE NO: A 099-483-933

## BIOGRAPHIC INFORMATION
*Informacion Biografica*

1. Where were you born?   Mexico
   *¿Dónde nació usted?*

2. When were you born?   July 30, 1966
   *¿Cuándo nació usted?*

3. Where were your parents born?   Mexico
   *¿Dónde nacieron sus padres?*

4. What is your parents citizenship?   Mexican
   *¿Cuál es la ciudadanía de sus padres?*

5. What is your marital status?   Married
   *¿Cuál es su estado civil?*

6. If married, what is her U.S. immigration status?   wife is mexican - LPR
   *¿Si está casado, cuales el estatus migratorio de su esposa en los Estados Unidos?*

7. Do you have any children born in the United States?   3 children   (YES) / NO
   *¿Tiene algún hijo nacido en los Estados Unidos?*   20 years
   14
   8

8. Have you ever had any immigration documents issued by the U. S. Government?   YES / (NO)
   *¿Ha tenido usted alguna vez algún documento de inmigración expedido por el gobierno de los Estados Unidos?*
   a) If so, what were they and what happened to them?
   a) *¿Si es que si, que eran y que sucedió con ellos?*

9. To the best of your knowledge, has anyone filed a petition to grant you legal status in the United States?
   *¿Según su conocimiento, hay alguien quien haya presentado una petición para otorgarle estatus legal en los Estados Unidos?*   YES / (NO)
   b) If so, what is the status of that petition?
   b) *¿Si es que si, y si es que usted sabe, en que estado de condición se haya esa petición?*

10. Have you been harmed in the past or do you fear being harmed if you are returned to your country?
    *¿Le han cometido algún mal en el pasado, o teme algún mal si se le regresa a Usted a su país?*
    YES / (NO)

80

NAME: Isaac RAMOS
FILE NO: A 099-483-933

_____   I certify that I have determined that the above referenced alien could read the English/Spanish language by asking the alien to read to me the following paragraphs: (circle one or more)   1   3   6   10

_X_   I certify that this document was read to the alien in its entirety in the Spanish language.

I certify that all the information, relating to the alien, contained in the document above was provided voluntarily.

5/11/06
(Date)

(Signature of Witness)

Christine Olson, DO
Printed Name and Title

81