UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
1705 East Hanna Road, Suite 366
Eloy, Arizona 85231

| | |
|---|---|
| File: A 99-483-933 | ) |
| | ) |
| IN THE MATTER OF: | ) |
| | ) |
| RAMOS, Isaac | ) IN REMOVAL PROCEEDINGS |
| | ) |
| Respondent | ) |

**CHARGES:** § 212(a)(6)(A)(i) of the Immigration and Nationality Act (Act), as amended, present without being admitted or paroled.

**APPLICATION:** None

**ON BEHALF OF RESPONDENT:**

Pro Se

**ON BEHALF OF DHS:**

Conner Childers, Esq.
Assistant Chief Counsel
Bureau of Immigration and Customs Enforcement
1705 E. Hanna Road
Eloy, AZ 85231

## DECISION AND ORDER OF THE IMMIGRATION JUDGE

Pursuant to a "NOTICE TO APPEAR" issued on May 11, 2006, respondent is charged with removal as indicated above. The respondent has submitted a stipulation wherein he waives a personal appearance before an Immigration Judge. Respondent concedes introduction of his written stipulation as an exhibit in the record of proceedings (See § 240(d) I.N.A.). In his stipulation, respondent states that he understands the consequences of his request and that he has entered his request voluntarily, knowingly, and intelligently. The Court finds the alien's waiver to be voluntary, knowing, and intelligent. The Government joins in his request. He concedes service of the charging document and admits that all of the allegations therein are true. He concedes that he is removable as charged by the Government. The Court therefore, finds upon review of the charging document and the written stipulation that he is removable based upon clear and convincing evidence in the form of his own admissions. Respondent makes no application for relief from removal but instead requests an order removing him from this country as soon as possible. He designates Mexico as his country of removal.

0016

RAMOS, Isaac, A 99-483-933

There being no factual or legal issues in dispute it appears to be appropriate and in the best interest of justice to grant the requests of the parties. By declaring their intention to accept this disposition as final, both parties waive appeal. Accordingly, the following order shall be entered pursuant to § 240(d) I.N.A. and 8 C.F.R. § 1003.25(b) (2005):

**ORDER:** It is hereby ordered that the Respondent be removed from the United States to Mexico.

May 11, 2006

JOHN W. DAVIS
Immigration Judge

---

### CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY:  MAIL (M)    PERSONAL SERVICE (P)

TO: [ ] ALIEN   [P] ALIEN c/o Custodial Officer   [ ] ALIEN'S ATTY/REP   [P] DHS

DATE: ___May 11, 2006___    BY: COURT STAFF

---