UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
ELOY, ARIZONA

| | | |
|---|---|---|
| **IN THE MATTER OF:** | ) | **IN REMOVAL PROCEEDINGS** |
| *En El Caso de:* | ) | *En Procedimientos de Expulsión* |
| **Isaac RAMOS** | ) | |
| | ) | **FILE NO:  A 099-483-933** |
| | ) | *Numero de Archivo:* |
| | ) | |
| Respondent | ) | |
| *Demandado* | ) | |

STIPULATED REQUEST FOR
REMOVAL ORDER AND WAIVER OF HEARING

*RENUNCIA DE AUDIENCIA*
*PETICION PARA ORDEN DE EXPULCION ESTIPULADA*

I, Isaac RAMOS, make the following statements and admissions:
*Yo, Isaac RAMOS, hago las siguientes declaraciones y admisiones:*

1.    I am 18 years of age or older.
      *Tengo 18 años de edad o más.*

2.    I have received a copy of the Notice to Appear (NTA) dated <u>May 11, 2006</u>. The NTA contains
      my full, true, and correct name.
      *Yo he recibido una copia del Aviso a Comparecer (NTA) fechada <u>**May 11, 2006**</u>. La copia de la*
      *NTA contiene mi nombre completo, verdadero, y correcto.*

3.    I have also received a Legal Aid Services list.
      *También he recibido una lista de Servicios de Asistencia Legal.*

Name:    **Isaac RAMOS**
File No:  **A 099-483-933**

4.    I have been advised of my right to be represented by an attorney of my choice, at my own expense, during these proceedings. I waive this right. I will represent myself in these proceedings.

   *Se me ha informado sobre mi derecho de ser representado por un abogado de mi elección a costo propio, durante estos procedimientos. Yo renuncio voluntariamente este derecho. Yo me representaré a mi mismo en estos procedimientos.*

5.    I have been advised that by signing this request, I will be giving up the following legal rights that I would have in a hearing before an Immigration Judge.

   a)    the right to question witnesses;
   b)    the right to offer and to object to evidence;
   c)    the right to require the government to prove my removability.

   Knowing this, I waive these rights and request that my removal proceedings be held without a hearing and that the Immigration Judge issue an order based solely on the written record.

   *Se me ha informado que al firmar esta petición estaré cediendo voluntariamente los siguientes derechos legales, a los cuales yo tendría derecho en una audiencia delante de un Juez de Inmigración.*

   a)    *El derecho de interrogar a testigos;*
   b)    *El derecho de ofrecer y de oponerme a evidencia;*
   c)    *El derecho de requerir que el gobierno compruebe mi expulsabilidad.*

   *Entendiendo esto, yo renuncio estos derechos y pido que mi procedimiento sea conducido sin audiencia y que el Juez de Inmigración emita una orden basada únicamente en el acta escrita.*

6.    I admit that all of the factual allegations contained in the NTA are true and correct as written.

   *Admito que todas las alegaciones de hecho preciso contendidas en la NTA son verdaderas y correctas.*

7.    I agree and concede that I am deportable or inadmissible as charged on the NTA.

   *Estoy de acuerdo y concedo que soy expulsable según los cargos en la NTA.*

Name:   **Isaac RAMOS**
File No:  **A *099-483-933***

8.  I understand that I may qualify for one or more forms of relief from removal, including voluntary departure. I knowingly and intelligently waive my right to apply for any relief or protection from removal for which I may be eligible under the Immigration and Nationality Act or any other provision of law. Such relief and protection may include voluntary departure, adjustment of status, suspension of deportation or cancellation of removal, registry, naturalization, political asylum, withholding of removal, and protection under the Convention Against Torture.

*Yo entiendo que puedo calificar para una o mas formas de remedio legal a remoción, incluyendo salida voluntaria. Yo, a sabiendas e inteligentemente, cedo mi derecho de solicitar algún remedio legal o protección de expulsión de los cuales pueda yo tener derecho bajo la ley de Inmigración y Naturalización o cualquier otra provisión de ley. Tal remedio legal y protección puede ser salida voluntaria, ajuste de estatus, cambio de estatus, suspensión o cancelación de expulsión, registro, naturalización, asilo político, retención de expulsión, y la protección bajo la Convención Contra la Tortura.*

9.  I choose **Mexico** as the country designated for removal.
*Yo elijo a **Mexico** como el país designado para la expulsión.*

10.  I understand and agree that this written statement/stipulation will be introduced as an exhibit to, and will be made part of the Record of Proceeding.
*Yo entiendo y estoy de acuerdo que esta declaración escrita formará parte del acta revisada por el Juez de Inmigración.*

11.  _____ I have read or  __X__ I have had read to me in a language I understand, this entire document. I fully understand its consequences. I submit this request for removal voluntarily, knowingly, and intelligently. I realize that by signing this document, I will be removed from the United States.
*_____ He leído o  __X__ me han leído, en un idioma que yo entiendo, este documento entero. Entiendo completamente sus consecuencias. Someto esta petición para expulsión de manera voluntaria, con pleno entendimiento e inteligencia. Estoy consiente que al firmar este documento, yo seré expulsado de los Estados Unidos.*

12.  I understand and agree that I will accept a written order for my removal as a final disposition of these proceedings.
*Entiendo y estoy de acuerdo de que aceptaré una orden escrita para mi expulsión, como disposición final de este procedimiento.*

13.  I hereby waive appeal of the written order of removal.
*No deseo apelar la orden escrita del Juez Inmigración.*

Name:    **Isaac RAMOS**
File No:  **A 099-483-933**

14.  I understand that, depending upon the facts and circumstances of my case, I cannot return to the United States for a minimum of ten years, and possibly forever, without special permission from the Attorney General of the United States. I also understand that returning without proper permission could result in my being removed again and/or my being prosecuted for illegal reentry, which may result in punishment of up to twenty years in prison.

*Yo entiendo que dependiendo de los hechos precisos y las circunstancias de mi caso, no puedo volver a los Estados Unidos por un tiempo mínimo de diez años, y posiblemente para siempre, sin el permiso especial del Procurador General de los Estados Unidos. Además, entiendo que el volver sin permiso apropiado puede resultar en mi expulsión y/o enfrentar cargos criminales por entrada ilegal, los cuales pueden resultar con un castigo máximo de veinte años.*

15.  I hereby certify that all the information I have given in this stipulated request is true and correct.

*Certifico que toda la información que he dado en esta petición estipulada es verdadera y correcta.*

_____
5\10\06
Date/*Fecha*

_____
ﾉ ISAAC RAMOS
Respondent/*Demandado*

_____
5\10\06
(Date)

_____
(Signature of Witness, Title)

**Received by ICE Counsel**

_____
5-11-06
(Date)

_____
Assistant Chief Counsel
Department of Homeland Security
U.S. Immigration and Customs Enforcement

79