1  JOAN KERRY BADER
   California State Bar No. 172586
2  964 Fifth Avenue, Suite 214
   San Diego, California  92101-6128
3  Telephone:  (619) 699-5995
   FAX (619) 699-5996
4  Attorney for Defendant Ramos

5
                     THE UNITED STATES DISTRICT COURT
6            FOR THE SOUTHERN DISTRICT OF CALIFORNIA
                     THE HON. IRMA E. GONZALEZ
7
   THE UNITED STATES OF            )    CASE NO.07cr3402
8  AMERICA                         )
                                   )    August 20, 2008
9  v.                              )    9:00 a.m.
                                   )
10                                 )
   ISAAC RAMOS,                    )    DEFENDANT'S
11          Defendant              )    REQUEST FOR DISCOVER
   _____ )
12
   TO:  KAREN HEWITT, UNITED STATES ATTORNEY;
13       ERIC BESTE, CHRISTOPHER ALEXANDER, ASSISTANT UNITED STATES
        ATTORNEYS
14
        Defendant Isaac Ramos, by and through his attorney, J.
15
   Kerry Bader, hereby files the following request for discovery
16
   in anticipation of the evidentiary hearing that is scheduled
17
   for August 20, 2008.  This request includes
18
   1.   <u>Brady</u>, <u>Henthorne</u> and <u>Jencks</u> discovery concerning the
19
   government witnesses and
20
   2.    <u>Brady</u> discovery concerning the dog, including its
21
   training, background and credentials as well as that of its
22
   handler;
23
   3.    Discovery concerning the other alines who were arrested
24
   at the time of the offense;
25
   4.    Any and al recorded communications between the agents
26
   prior to, during and after the arrest of the aliens, as well
27
   as any visual recordings.
28

                                  1                         07CR3402

| | | |
|---|---|---|
| 2 | Respectfully submitted, | /s/Joan Kerry Bader |
| 3 | | Joan Kerry Bader |
| | Dated: August 15, 2008 | Attorney for Isaac Ramos |

```
JOAN KERRY BADER
California State Bar No. 172586
964 Fifth Avenue, Suite 214
San Diego, California  92101-6128
Telephone:  (619) 699-5995
FAX (619) 699-5996
Attorney for Defendant Ramos
```

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
THE HON. IRMA E. GONZALEZ

| THE UNITED STATES OF AMERICA | ) | CASE NO.07cr3402 |
|---|---|---|
| | ) | August 20, 2008 |
| v. | ) | 9:00 a.m. |
| | ) | |
| ISAAC RAMOS, | ) | DEFENDANT'S |
| Defendant | ) | REQUEST FOR DISCOVER |

TO:   KAREN HEWITT, UNITED STATES ATTORNEY;
      ERIC BESTE, CHRISTOPHER ALEXANDER,  ASSISTANT UNITED STATES ATTORNEYS

## I.
## BACKGROUND

On or about August 12, 2008, this Court held an evidentiary hearing concerning the validity of the arrest and the taking of statements from Defendant Isaac Ramos. The Court continued the hearing after hearing testimony that a law enforcement canine was used to frighten and lure defendants.

## II.
## REQUEST FOR ADDITIONAL DISCOVERY

**A.   Recordings**

The defense asks the Court at this time to issue an order requiring the government to hand over any

transmissions between the Border Patrol agents in this case on the day of Mr. Ramos' arrest, concerning his arrest. The defense also respectfully asks for any recordings that would visually reflect what happened, either from the Infrared Scope Operator o by any of the agents or from cameras in their service vehicles.

As the Court may recall, the agent testified on August 12, 2008, that he was in constant contact with the Border Patrol agent who reported the aliens and who guided the arresting agents to them. Agent Nye also testified that a fourth agent was on the scene with his German Shepherd dog. The transmissions will more than likely shed light on the arrest. Mr. Ramos has asked for these transmissions in his first motion.

At this time, as in his first request for discovery, Mr. Ramos respectfully asks the Court to hand over these transmissions, be they in any form, including, but not limited to, radio, text, telephonic, digital or other form. He also asks for any photographic, vidoee or other digitally recordings of the arrest and the events preceding it and afterward. He asks that these be handed over prior to the next hearing in this case. *See, e.g.,* Unted States v. Hall, 2008 U.S. Dist. LEXIS 7674 (2008) where dispatch tape the was provided in discovery after the first evidentiary hearing and before the second evidentiary hearing, contradicted the Border Patrol's original testimony where they claimed to have had reasonable suspicion to stop a

1  vehicle.  The District Court found the stop was illegal
2  based on the late-produced dispatch tapes.
3  **B.  Canine and its handler, Tommy Ward**
4      In addition, Mr, Ramos respectfully asks the Court to
5  order the government to hand over any and all discovery
6  concerning the training of the canine in this case and all
7  Brady material concerning the canine, including its training
8  and its background as well as that of its handler, Agent
9  Tommy Ward.
10 **C.  Brady, Henthorne, Giglio, Jencks**
11     Mr. Ramos also asks (and the government has agreed to
12 this) for any and all Brady, Henthorn, and/or Giglio
13 material concerning the agents who have testified or who
14 will testify on August 20, 2008.
15     For example, Agent Nye testified he orders people who
16 he believes are aliens, to the ground and they are then
17 asked incriminating questions by the Border Patrol officers.
18 He also testified that he has had at times felt he was in
19 danger.  Therefore, this information is relevant.
20     This evidence is particularly relevant given that there
21 is evidence of a shooting of an alien near this same area by
22 a Border Patrol agent which was reported in the San Diego
23 Union Tribune, Thursday, August 12, 2008.  According to the
24 newspaper, the alien was shot through his pelvis by a U.S.
25 Border Patrol agent, it appears, after the alien fled back
26 into Mexico.
27 **D.  Other Witnesses and Discovery related to them and Mr.**
28     **Ramos**

1  Agent Nye testified, and the government's discovery
2  shows that five other aliens were arrested in this case,
3  along with Mr. Ramos. Statements were taken from these
4  people and "IA26"s were produced by the Border Agents as the
5  aliens were sitting on the ground. Mr. Ramos asks for
6  discovery of all the other IA26s that were produced from
7  this arrest to show that the one provided by the government
8  in discovery pertains to Mr. Ramos. In addition, Mr. Ramos
9  is entitled to the aliens' contact information as they are
10 material witnesses to the event which is the subject of this
11 litigation. Mr. Ramos also respectfully asks the Court to
12 order the Reports of Investigation of these same people.

### III.
### CONCLUSION

For the reasons set forth above, Mr. Ramos respectfully asks this Court to grant his motions as set forth in the proposed order provided by the defense.

DATED: August 15, 2008

Respectfully submitted,

/s/Joan Kerry Bader
Joan Kerry Bader