```
JOAN KERRY BADER
California State Bar No. 172586
964 Fifth Avenue, Suite 214
San Diego, California  92101-6128
Telephone:  (619) 699-5995
FAX (619) 699-5996
Attorney for Defendant Ramos
```

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
THE HON. IRMA E. GONZALEZ

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>v.<br><br>ISAAC RAMOS,<br>      Defendant | CASE 07cr3402IEG<br>August 20, 2008<br>10:00 a.m.<br>PROOF OF SERVICE |

TO: KAREN HEWITT, UNITED STATES ATTORNEY;
    ERIC BESTE, CHRISTOPHER ALEXANDER, ASSISTANT UNITED STATES ATTORNEYS

   Defendant Isaac Ramos, by and through his attorney, J. Kerry Bader, hereby files his request for discovery and proposed order on the Court and Government Counsel.

Respectfully submitted,                    s/s Joan Kerry Bader
                                           Joan Kerry Bader
                                           Attorney for Isaac Ramos
Dated: August 15, 2008