```
 1  JOAN KERRY BADER
    California State Bar No. 172586
 2  964 Fifth Avenue, Suite 214
    San Diego, California  92101-6128
 3  Telephone: (619) 699-5995
    FAX (619) 699-5996
 4  Attorney for Defendant Ramos

 5
                    THE UNITED STATES DISTRICT COURT
 6            FOR THE SOUTHERN DISTRICT OF CALIFORNIA
                    THE HON. IRMA E. GONZALEZ
 7
    THE UNITED STATES OF          )    CASE 07cr3402IEG
 8  AMERICA                       )
                                  )    August 20, 2008
 9  v.                            )    10:00 a.m.
                                  )    PROOF OF SERVICE
10                                )
    ISAAC RAMOS,                  )
11            Defendant           )
                                  )
12                                )
    _____)
13  TO: KAREN HEWITT, UNITED STATES ATTORNEY;
        ERIC BESTE, CHRISTOPHER ALEXANDER, ASSISTANT UNITED STATES
14      ATTORNEYS
```

15      Defendant Isaac Ramos, by and through his attorney, J. Kerry Bader,

16 hereby files his supplemental Points and Authorities in support of his

17 motion to suppress.

18

19 Respectfully submitted,          s/s Joan Kerry Bader
                                    Joan Kerry Bader
20                                  Attorney for Isaac Ramos
   Dated: August 19, 2008