# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES, | CASE NO. 07-CR-3402-IEG |
|---|---|
| Plaintiff, | ORDER RE: HEARING ON MOTION TO DISMISS INDICTMENT |
| vs. | |
| ISAAC RAMOS, | |
| Defendant. | |

Defendant has filed a motion to dismiss the indictment arguing that he was not validly deported. The Court has set a further hearing to address this and defendant's other motions.

Under <u>United States v. Galicia-Gonzalez</u>, "where the government introduces official records which on their face show a valid waiver of rights in connection with a deportation proceeding, the burden shifts to the defendant to come forward with evidence tending to prove the waiver was invalid." 997 F.2d 602, 604 (9th Cir. 1993). This is the standard that governs defendant's claim that he was not validly deported. The government has introduced such official record, the stipulation of deportation. Accordingly, the burden has shifted to the defendant to demonstrate the waiver contained in the stipulation was invalid.

Therefore, prior to the hearing, if defendant wishes to assert that he did not validly waive those rights, for example, because the signature was not his or because he was not informed of his rights, he must provide the factual basis for this claim. Defendant must submit an affidavit, signed by him under penalty of perjury, by close of business on Tuesday, September 2, 2008.

If defendant does file such an affidavit, the government will be expected to call the detention officer who presented defendant with the stipulation to rebut defendant's factual assertions. If defendant does not file such an affidavit, then the government need not present the immigration official.

IT IS SO ORDERED.

**DATED: August 20, 2008**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**