# EXHIBIT A

## Visa Bulletin

*Number 93*
*Volume VIII*
*Washington, D.C.*

## VISA BULLETIN FOR MAY 2006

## IMMIGRANT NUMBERS FOR MAY 2006

### A. STATUTORY NUMBERS

1. This bulletin summarizes the availability of immigrant numbers during May. Consular officers are required to re State documentarily qualified applicants for numerically limited visas; the Bureau of Citizenship and Immigration Department of Homeland Security reports applicants for adjustment of status. Allocations were made, to the exte numerical limitations, for the demand received by April 5th in the chronological order of the reported priority date be satisfied within the statutory or regulatory limits, the category or foreign state in which demand was excessive oversubscribed. The cut-off date for an oversubscribed category is the priority date of the first applicant who coul the numerical limits. Only applicants who have a priority date earlier than the cut-off date may be allotted a numb becomes necessary during the monthly allocation process to retrogress a cut-off date, supplemental requests for only if the priority date falls within the new cut-off date.

2. Section 201 of the Immigration and Nationality Act (INA) sets an annual minimum family-sponsored preference worldwide level for annual employment-based preference immigrants is at least 140,000. Section 202 prescribes for preference immigrants is set at 7% of the total annual family-sponsored and employment-based preference li dependent area limit is set at 2%, or 7,320.

3. Section 203 of the INA prescribes preference classes for allotment of immigrant visas as follows:

### FAMILY-SPONSORED PREFERENCES

**First:** Unmarried Sons and Daughters of Citizens: 23,400 plus any numbers not required for fourth preference.

**Second:** Spouses and Children, and Unmarried Sons and Daughters of Permanent Residents: 114,200, plus the the worldwide family preference level exceeds 226,000, and any unused first preference numbers:

A. Spouses and Children: 77% of the overall second preference limitation, of which 75% are exempt from the pe

B. Unmarried Sons and Daughters (21 years of age or older): 23% of the overall second preference limitation.

**Third:** Married Sons and Daughters of Citizens: 23,400, plus any numbers not required by first and second prefe

**Fourth:** Brothers and Sisters of Adult Citizens: 65,000, plus any numbers not required by first three preferences.

### EMPLOYMENT-BASED PREFERENCES

**First:** Priority Workers: 28.6% of the worldwide employment-based preference level, plus any numbers not requi preferences.

**Second:** Members of the Professions Holding Advanced Degrees or Persons of Exceptional Ability: 28.6% of the based preference level, plus any numbers not required by first preference.

**Third:** Skilled Workers, Professionals, and Other Workers: 28.6% of the worldwide level, plus any numbers not r second preferences, not more than 10,000 of which to "Other Workers".

**Schedule A Workers:** Employment First, Second, and Third preference Schedule A applicants are entitled to up numbers.

Exhibit A
Govt.'s Supp. Resp. In Opp.
Page 2

**Fourth:** Certain Special Immigrants: 7.1% of the worldwide level.

**Fifth:** Employment Creation: 7.1% of the worldwide level, not less than 3,000 of which reserved for investors in a unemployment area, and 3,000 set aside for investors in regional centers by Sec. 610 of P.L. 102-395.

4. INA Section 203(e) provides that family-sponsored and employment-based preference visas be issued to eligi in which a petition in behalf of each has been filed. Section 203(d) provides that spouses and children of preferer entitled to the same status, and the same order of consideration, if accompanying or following to join the principa provisions of Section 202(e) apply to allocations for a foreign state or dependent area when visa demand exceec These provisions apply at present to the following oversubscribed chargeability areas: CHINA-mainland born, IN PHILIPPINES.

5. On the chart below, the listing of a date for any class indicates that the class is oversubscribed (see paragraph i.e., numbers are available for all qualified applicants; and "U" means unavailable, i.e., no numbers are available. available only for applicants whose priority date is earlier than the cut-off date listed below.)

| | **All Chargeability Areas Except Those Listed** | **CHINA-mainland born** | **INDIA** | **MEXICO** | **PHILIP-PINES** |
|---|---|---|---|---|---|
| **Family** | | | | | |
| 1st | 22APR01 | 22APR01 | 22APR01 | 01JAN91 | 22AUG91 |
| 2A* | 01MAR02 | 01MAR02 | 01MAR02 | 15JUN99 | 01MAR02 |
| 2B | 15JUL96 | 15JUL96 | 15JUL96 | 01SEP91 | 08JUL96 |
| 3rd | 22JUL98 | 22JUL98 | 22JUL98 | 01JAN93 | 01JUL88 |
| 4th | 01JAN95 | 01JAN95 | 01JUN94 | 15AUG93 | 15OCT83 |

*NOTE: For May, 2A numbers EXEMPT from per-country limit are available to applicants from all countries with 15JUN99. 2A numbers SUBJECT to per-country limit are available to applicants chargeable to all countries EXC dates beginning 15JUN99 and earlier than 01MAR02. (All 2A numbers provided for MEXICO are exempt from th are no 2A numbers for MEXICO subject to per-country limit.)

http://travel.state.gov/visa/frvi/bulletin/bulletin_2868.html?css=print                8/14/2007

Tuesday March 6, 2007

# Visa Bulletin

### Number 94
### Volume VIII
### Washington, D.C.

## VISA BULLETIN FOR JUNE 2006

## IMMIGRANT NUMBERS FOR JUNE 2006

### A. STATUTORY NUMBERS

1. This bulletin summarizes the availability of immigrant numbers during June. Consular officers are required to report to the Department of State documentarily qualified applicants for numerically limited visas; the Bureau of Citizenship and Immigration Services in the Department of Homeland Security reports applicants for adjustment of status. Allocations were made, to the extent possible under the numerical limitations, for the demand received by May 10th in the chronological order of the reported priority dates. If the demand could not be satisfied within the statutory or regulatory limits, the category or foreign state in which demand was excessive was deemed oversubscribed. The cut-off date for an oversubscribed category is the priority date of the first applicant who could not be reached within the numerical limits. Only applicants who have a priority date earlier than the cut-off date may be allotted a number. Immediately that it becomes necessary during the monthly allocation process to retrogress a cut-off date, supplemental requests for numbers will be honored only if the priority date falls within the new cut-off date.

2. Section 201 of the Immigration and Nationality Act (INA) sets an annual minimum family-sponsored preference limit of 226,000. The worldwide level for annual employment-based preference immigrants is at least 140,000. Section 202 prescribes that the per-country limit for preference immigrants is set at 7% of the total annual family-sponsored and employment-based preference limits, i.e., 25,620. The dependent area limit is set at 2%, or 7,320.

3. Section 203 of the INA prescribes preference classes for allotment of immigrant visas as follows:

## FAMILY-SPONSORED PREFERENCES

First: Unmarried Sons and Daughters of Citizens: 23,400 plus any numbers not required for fourth preference.

Second: Spouses and Children, and Unmarried Sons and Daughters of Permanent Residents: 114,200, plus the number (if any) by which the worldwide family preference level exceeds 226,000, and any unused first preference numbers:

A. Spouses and Children: 77% of the overall second preference limitation, of which 75% are exempt from the per-country limit;

B. Unmarried Sons and Daughters (21 years of age or older): 23% of the overall second preference limitation.

Third: Married Sons and Daughters of Citizens: 23,400, plus any numbers not required by first and second preferences.

Fourth: Brothers and Sisters of Adult Citizens: 65,000, plus any numbers not required by first three

Exhibit A
Govt.'s Supp. Resp. In Opp.
Page 4

preferences.

## EMPLOYMENT-BASED PREFERENCES

First: Priority Workers: 28.6% of the worldwide employment-based preference level, plus any numbers not required for fourth and fifth preferences.

Second: Members of the Professions Holding Advanced Degrees or Persons of Exceptional Ability: 28.6% of the worldwide employment-based preference level, plus any numbers not required by first preference.

Third: Skilled Workers, Professionals, and Other Workers: 28.6% of the worldwide level, plus any numbers not required by first and second preferences, not more than 10,000 of which to "Other Workers".

Schedule A Workers: Employment First, Second, and Third preference Schedule A applicants are entitled to up to 50,000 "recaptured" numbers.

Fourth: Certain Special Immigrants: 7.1% of the worldwide level.

Fifth: Employment Creation: 7.1% of the worldwide level, not less than 3,000 of which reserved for investors in a targeted rural or high-unemployment area, and 3,000 set aside for investors in regional centers by Sec. 610 of P.L. 102-395.

4. INA Section 203(e) provides that family-sponsored and employment-based preference visas be issued to eligible immigrants in the order in which a petition in behalf of each has been filed. Section 203(d) provides that spouses and children of preference immigrants are entitled to the same status, and the same order of consideration, if accompanying or following to join the principal. The visa prorating provisions of Section 202(e) apply to allocations for a foreign state or dependent area when visa demand exceeds the per-country limit. These provisions apply at present to the following oversubscribed chargeability areas: CHINA-mainland born, INDIA, MEXICO, and PHILIPPINES.

5. On the chart below, the listing of a date for any class indicates that the class is oversubscribed (see paragraph 1); "C" means current, i.e., numbers are available for all qualified applicants; and "U" means unavailable, i.e., no numbers are available. (NOTE: Numbers are available only for applicants whose priority date is earlier than the cut-off date listed below.)

| Family | All Charge-ability Areas Except Those Listed | CHINA-mainland born | INDIA | MEXICO | PHILIPPINES |
|--------|------|------|------|------|------|
| 1st | 22APR01 | 22APR01 | 22APR01 | 01JAN92 | 01SEP91 |
| 2A* | 22APR01 | 22APR01 | 22APR01 | 22JUL99 | 22APR01 |
| 2B | 01AUG96 | 01AUG96 | 01AUG96 | 22OCT91 | 08JUL96 |
| 3rd | 01AUG98 | 01AUG98 | 01AUG98 | 01MAR93 | 01JUL88 |
| 4th | 01MAR95 | 01MAR95 | 15AUG94 | 15AUG93 | 01NOV83 |

*NOTE: For June, 2A numbers EXEMPT from per-country limit are available to applicants from all countries with priority dates earlier than 22JUL99. 2A numbers SUBJECT to per-country limit are

Exhibit A
Govt.'s Supp. Resp. In Opp.
Page 5

## Visa Bulletin

*Number 95*
*Volume VIII*
*Washington, D.C.*

## VISA BULLETIN FOR JULY 2006

### A. STATUTORY NUMBERS

1. This bulletin summarizes the availability of immigrant numbers during July. Consular officers are required to re State documentarily qualified applicants for numerically limited visas; the Bureau of Citizenship and Immigration Department of Homeland Security reports applicants for adjustment of status. Allocations were made, to the exte numerical limitations, for the demand received by June 9th in the chronological order of the reported priority date be satisfied within the statutory or regulatory limits, the category or foreign state in which demand was excessive oversubscribed. The cut-off date for an oversubscribed category is the priority date of the first applicant who coul the numerical limits. Only applicants who have a priority date earlier than the cut-off date may be allotted a numb becomes necessary during the monthly allocation process to retrogress a cut-off date, supplemental requests for only if the priority date falls within the new cut-off date.

2. Section 201 of the Immigration and Nationality Act (INA) sets an annual minimum family-sponsored preference worldwide level for annual employment-based preference immigrants is at least 140,000. Section 202 prescribes for preference immigrants is set at 7% of the total annual family-sponsored and employment-based preference lin dependent area limit is set at 2%, or 7,320.

3. Section 203 of the INA prescribes preference classes for allotment of immigrant visas as follows:

### FAMILY-SPONSORED PREFERENCES

First : Unmarried Sons and Daughters of Citizens: 23,400 plus any numbers not required for fourth preference.

Second : Spouses and Children, and Unmarried Sons and Daughters of Permanent Residents: 114,200, plus the the worldwide family preference level exceeds 226,000, and any unused first preference numbers:

A. Spouses and Children: 77% of the overall second preference limitation, of which 75% are exempt from the pe

B. Unmarried Sons and Daughters (21 years of age or older): 23% of the overall second preference limitation.

Third : Married Sons and Daughters of Citizens: 23,400, plus any numbers not required by first and second prefe

Fourth : Brothers and Sisters of Adult Citizens: 65,000, plus any numbers not required by first three preferences.

### EMPLOYMENT-BASED PREFERENCES

First : Priority Workers: 28.6% of the worldwide employment-based preference level, plus any numbers not requi preferences.

Second : Members of the Professions Holding Advanced Degrees or Persons of Exceptional Ability: 28.6% of the based preference level, plus any numbers not required by first preference.

Third : Skilled Workers, Professionals, and Other Workers: 28.6% of the worldwide level, plus any numbers not r second preferences, not more than 10,000 of which to "Other Workers". Schedule A Workers : Employment First preference Schedule A applicants are entitled to up to 50,000 "recaptured" numbers.

Fourth : Certain Special Immigrants: 7.1% of the worldwide level.

Fifth : Employment Creation: 7.1% of the worldwide level, not less than 3,000 of which reserved for investors in a unemployment area, and 3,000 set aside for investors in regional centers by Sec. 610 of P.L. 102-395.

Exhibit A
Govt.'s Supp. Resp. In Opp.
Page 6

4. INA Section 203(e) provides that family-sponsored and employment-based preference visas be issued to eligi in which a petition in behalf of each has been filed. Section 203(d) provides that spouses and children of preferer entitled to the same status, and the same order of consideration, if accompanying or following to join the principa provisions of Section 202(e) apply to allocations for a foreign state or dependent area when visa demand exceed These provisions apply at present to the following oversubscribed chargeability areas: CHINA-mainland born, IN PHILIPPINES.

5. On the chart below, the listing of a date for any class indicates that the class is oversubscribed (see paragraph i.e., numbers are available for all qualified applicants; and "U" means unavailable, i.e., no numbers are available. available only for applicants whose priority date is earlier than the cut-off date listed below.)

| Family | All Charge-ability Areas Except Those Listed | CHINA-mainland born | INDIA | MEXICO | PHILIPPINES |
|---|---|---|---|---|---|
| 1st | 01JAN00 | 01JAN00 | 01JAN00 | 15MAY92 | 22SEP91 |
| 2A | 01SEP99 | 01SEP99 | 01SEP99 | 01SEP99 | 01SEP99 |
| 2B | 22AUG96 | 22AUG96 | 22AUG96 | 01DEC91 | 08JUL96 |
| 3rd | 22AUG98 | 22AUG98 | 22AUG98 | 15OCT93 | 01JUL88 |
| 4th | 01MAY95 | 01MAY95 | 01OCT94 | 15AUG93 | 15DEC83 |

| Employment-Based | All Charge-ability Areas Except Those Listed | CHINA-mainland born | INDIA | MEXICO | PHILIPPINES |
|---|---|---|---|---|---|
| 1st | C | C | 01JAN06 | C | C |
| 2nd | C | 01MAR05 | 01JAN03 | C | C |
| 3rd | 01OCT01 | 01OCT01 | 15APR01 | 22APR01 | 01OCT01 |
| Schedule A Workers | C | C | C | C | C |
| Other Workers | U | U | U | U | U |
| 4th | C | C | C | C | C |
| Certain Religious Workers | C | C | C | C | C |
| 5th | C | C | C | C | C |
| Targeted Employment Areas/ Regional Centers | C | C | C | C | C |

Exhibit A
Govt.'s Supp. Resp. In Opp.
Page 7

The Department of State has available a recorded message with visa availability information which can be heard 1541. This recording will be updated in the middle of each month with information on cut-off dates for the followin

Exhibit A
Govt.'s Supp. Resp. In Opp.
Page 8

## Visa Bulletin

*Number 96*
*Volume VIII*
*Washington, D.C.*

## VISA BULLETIN FOR AUGUST 2006

### A. STATUTORY NUMBERS

1. This bulletin summarizes the availability of immigrant numbers during August. Consular officers are required to of State documentarily qualified applicants for numerically limited visas; the Bureau of Citizenship and Immigratic Department of Homeland Security reports applicants for adjustment of status. Allocations were made, to the exte numerical limitations, for the demand received by July 10th in the chronological order of the reported priority date be satisfied within the statutory or regulatory limits, the category or foreign state in which demand was excessive oversubscribed. The cut-off date for an oversubscribed category is the priority date of the first applicant who coul the numerical limits. Only applicants who have a priority date earlier than the cut-off date may be allotted a numb becomes necessary during the monthly allocation process to retrogress a cut-off date, supplemental requests foi only if the priority date falls within the new cut-off date.

2. The fiscal year 2006 limit for Family-sponsored preference immigrants determined in accordance with Section and Nationality Act (INA) is 226,000. The fiscal year 2006 limit for Employment-based preference immigrants cal 143,949. Section 202 prescribes that the per-country limit for preference immigrants is set at 7% of the total annı employment-based preference limits, i.e., 25,896 for FY-2006. The dependent area limit is set at 2%, or 7,399.

3. Section 203 of the INA prescribes preference classes for allotment of immigrant visas as follows:

### FAMILY-SPONSORED PREFERENCES

First: Unmarried Sons and Daughters of Citizens: 23,400 plus any numbers not required for fourth preference.

Second: Spouses and Children, and Unmarried Sons and Daughters of Permanent Residents: 114,200, plus the the worldwide family preference level exceeds 226,000, and any unused first preference numbers:

A. Spouses and Children: 77% of the overall second preference limitation, of which 75% are exempt from the pe

B. Unmarried Sons and Daughters (21 years of age or older): 23% of the overall second preference limitation.

Third: Married Sons and Daughters of Citizens: 23,400, plus any numbers not required by first and second prefei

Fourth: Brothers and Sisters of Adult Citizens: 65,000, plus any numbers not required by first three preferences.

### EMPLOYMENT-BASED PREFERENCES

First: Priority Workers: 28.6% of the worldwide employment-based
preference level, plus any numbers not required for fourth and fifth preferences.

Second: Members of the Professions Holding Advanced Degrees or Persons of Exceptional Ability: 28.6% of the based preference level, plus any numbers not required by first preference.

Third: Skilled Workers, Professionals, and Other Workers: 28.6% of the worldwide level, plus any numbers not re preferences, not more than 10,000 of which to "Other Workers".

Schedule A Workers: Employment First, Second, and Third preference Schedule A applicants are entitled to up t numbers.

Fourth: Certain Special Immigrants: 7.1% of the worldwide level.

Exhibit A
Govt.'s Supp. Resp. In Opp.
Page 9

Fifth: Employment Creation: 7.1% of the worldwide level, not less than 3,000 of which reserved for investors in a unemployment area, and 3,000 set aside for investors in regional centers by Sec. 610 of P.L. 102-395.

4. INA Section 203(e) provides that family-sponsored and employment-based preference visas be issued to eligi in which a petition in behalf of each has been filed. Section 203(d) provides that spouses and children of preferei entitled to the same status, and the same order of consideration, if accompanying or following to join the principa provisions of Section 202(e) apply to allocations for a foreign state or dependent area when visa demand exceec These provisions apply at present to the following oversubscribed chargeability areas: CHINA-mainland born, IN PHILIPPINES.

5. On the chart below, the listing of a date for any class indicates that the class is oversubscribed (see paragraph i.e., numbers are available for all qualified applicants; and "U" means unavailable, i.e., no numbers are available. available only for applicants whose priority date is earlier than the cut-off date listed below.)

| Fam-ily | All Charge-ability Areas Except Those Listed | CHINA-mainland born | INDIA | MEXI-CO | PHILIPP-INES |
|---------|------|------|------|------|------|
| 1st | 01JAN97 | 01JAN97 | 01JAN97 | 01JUN92 | 01OCT91 |
| 2A | 08SEP99 | 08SEP99 | 08SEP99 | 08SEP99 | 08SEP99 |
| 2B | 22SEP96 | 22SEP96 | 22SEP96 | 01DEC91 | 01DEC92 |
| 3rd | 08SEP98 | 08SEP98 | 08SEP98 | 01JAN81 | 01DEC85 |
| 4th | 15JUN95 | 01JUL94 | 01JAN95 | 01JAN93 | 15JAN84 |

**NOTE:** For August, 2A numbers EXEMPT from per-country limit are available to applicants from all countries wi than 08SEP99. 2A numbers SUBJECT to per-country limit are "Unavailable".

Exhibit A
Govt.'s Supp. Resp. In Opp.
Page 10

## Visa Bulletin

*Number 97*
*Volume VIII*
*Washington, D.C.*

## VISA BULLETIN FOR SEPTEMBER 2006

### A. STATUTORY NUMBERS

1. This bulletin summarizes the availability of immigrant numbers during September. Consular officers are requi
Department of State documentarily qualified applicants for numerically limited visas; the Bureau of Citizenship ar
the Department of Homeland Security reports applicants for adjustment of status. Allocations were made, to the
numerical limitations, for the demand received by August 10th in the chronological order of the reported priority c
not be satisfied within the statutory or regulatory limits, the category or foreign state in which demand was exces
oversubscribed. The cut-off date for an oversubscribed category is the priority date of the first applicant who cou
the numerical limits. Only applicants who have a priority date earlier than the cut-off date may be allotted a numl
becomes necessary during the monthly allocation process to retrogress a cut-off date, supplemental requests foi
only if the priority date falls within the new cut-off date.

2. The fiscal year 2006 limit for Family-sponsored preference immigrants determined in accordance with Section
and Nationality Act (INA) is 226,000. The fiscal year 2006 limit for Employment-based preference immigrants ca
143,949. Section 202 prescribes that the per-country limit for preference immigrants is set at 7% of the total ann
employment-based preference limits, i.e., 25,896 for FY-2006. The dependent area limit is set at 2%, or 7,399.

3. Section 203 of the INA prescribes preference classes for allotment of immigrant visas as follows:

### FAMILY-SPONSORED PREFERENCES

First: Unmarried Sons and Daughters of Citizens: 23,400 plus any numbers not required for fourth preference.

Second: Spouses and Children, and Unmarried Sons and Daughters of Permanent
Residents: 114,200, plus the number (if any) by which the worldwide family preference level exceeds 226,000, a
preference numbers:

A. Spouses and Children: 77% of the overall second preference limitation, of which 75% are exempt from the p

B. Unmarried Sons and Daughters (21 years of age or older): 23% of the overall second preference limitation.

Third: Married Sons and Daughters of Citizens: 23,400, plus any numbers not required by first and second prefi

Fourth: Brothers and Sisters of Adult Citizens: 65,000, plus any numbers not required by first three preferences

### EMPLOYMENT-BASED PREFERENCES

First: Priority Workers: 28.6% of the worldwide employment-based preference level, plus any numbers not req
preferences.

Second: Members of the Professions Holding Advanced Degrees or Persons of Exceptional Ability: 28.6% of th
based preference level, plus any numbers not required by first preference.

Third: Skilled Workers, Professionals, and Other Workers: 28.6% of the worldwide level, plus any numbers not
second preferences, not more than 10,000 of which to "Other Workers".

Schedule A Workers: Employment First, Second, and Third preference Schedule A applicants are entitled to up 1
numbers.

Fourth: Certain Special Immigrants: 7.1% of the worldwide level.

Exhibit A
Govt.'s Supp. Resp. In Opp.
Page 11

Fifth: Employment Creation: 7.1% of the worldwide level, not less than 3,000 of which reserved for investors in unemployment area, and 3,000 set aside for investors in regional centers by Sec. 610 of P.L. 102-395.

4.  INA Section 203(e) provides that family-sponsored and employment-based preference visas be issued to elig order in which a petition in behalf of each has been filed.  Section 203(d) provides that spouses and children of preference immigrants are entitled to the same status, and the same order of considerat following to join the principal.  The visa prorating provisions of Section 202(e) apply to allocations for a foreign st when visa demand exceeds the per-country limit.  These provisions apply at present to the following oversubscri CHINA-mainland born, INDIA, MEXICO, and PHILIPPINES.

5.  On the chart below, the listing of a date for any class indicates that the class is oversubscribed (see paragraph i.e., numbers are available for all qualified applicants; and "U" means unavailable, i.e., no numbers are available. available only for applicants whose priority date is earlier than the cut-off date listed below.)

| Fam-ily | All Charge-ability Areas Except Those Listed | CHINA-mainland born | INDIA | MEXI-CO | PHILIPP-INES |
|---|---|---|---|---|---|
| 1st | 01JAN98 | 01JAN98 | 01JAN98 | 15JUL92 | 22OCT91 |
| 2A | 22SEP99 | 22SEP99 | 22SEP99 | 22SEP99 | 22SEP99 |
| 2B | 01DEC96 | 01DEC96 | 01DEC96 | 01DEC91 | 01JAN94 |
| 3rd | 01OCT98 | 01OCT98 | 01OCT98 | 15JUN88 | 01DEC85 |
| 4th | 01AUG95 | 01OCT94 | 01JUL95 | 01JAN93 | 15FEB84 |

*NOTE:  For September, 2A numbers EXEMPT from per-country limit are available to applicants from all countri earlier than 22SEP99.  2A numbers SUBJECT to per-country limit are "Unavailable".

Exhibit A
Govt.'s Supp. Resp. In Opp.
Page 12

# Visa Bulletin

*Number 98*
*Volume VIII*
*Washington, D.C.*

## VISA BULLETIN FOR OCTOBER 2006

### A. STATUTORY NUMBERS

1. This bulletin summarizes the availability of immigrant numbers during October. Consular officers are required Department of State documentarily qualified applicants for numerically limited visas; the Bureau of Citizenship and the Department of Homeland Security reports applicants for adjustment of status. Allocations were made, to the numerical limitations, for the demand received by September 8th in the chronological order of the reported priority could not be satisfied within the statutory or regulatory limits, the category or foreign state in which demand was oversubscribed. The cut-off date for an oversubscribed category is the priority date of the first applicant who could the numerical limits.

Only applicants who have a priority date earlier than the cut-off date may be allotted a number. Immediately that during the monthly allocation process to retrogress a cut-off date, supplemental requests for numbers will be hon date falls within the new cut-off date.

2. Section 201 of the Immigration and Nationality Act (INA) sets an annual minimum family-sponsored 226,000. The worldwide level for annual employment-based preference immigrants is at least 140,000. that the per-country limit for preference immigrants is set at 7% of the total annual family-sponsored an preference limits, i.e., 25,620. The dependent area limit is set at 2%, or 7,320.

3. Section 203 of the INA prescribes preference classes for allotment of immigrant visas as follows:

### FAMILY-SPONSORED PREFERENCES

First : Unmarried Sons and Daughters of Citizens: 23,400 plus any numbers not required for fourth pref

Second : Spouses and Children, and Unmarried Sons and Daughters of Permanent

Residents: 114,200, plus the number (if any) by which the worldwide family preference level exceeds 226,000, a preference numbers:

A. Spouses and Children: 77% of the overall second preference limitation, of which 75% are exempt from the pe

B. Unmarried Sons and Daughters (21 years of age or older): 23% of the overall second preference limitation.

Third : Married Sons and Daughters of Citizens: 23,400, plus any numbers not required by first and second prefe

Fourth : Brothers and Sisters of Adult Citizens: 65,000, plus any numbers not required by first three preferences.

### EMPLOYMENT-BASED PREFERENCES

First : Priority Workers: 28.6% of the worldwide employment-based preference level, plus any numbers not requi preferences.

Second : Members of the Professions Holding Advanced Degrees or Persons of Exceptional Ability: 28.6% of the based preference level, plus any numbers not required by first preference.

Third : Skilled Workers, Professionals, and Other Workers: 28.6% of the worldwide level, plus any numbers not r second preferences, not more than 10,000 of which to "Other Workers".

Schedule A Workers : Employment First, Second, and Third preference Schedule A applicants are entitled to sup

Exhibit A
Govt.'s Supp. Resp. In Opp.
In Opp.
Page 13

numbers.

Fourth : Certain Special Immigrants: 7.1% of the worldwide level.

Fifth : Employment Creation: 7.1% of the worldwide level, not less than 3,000 of which reserved for investors in a
unemployment area, and 3,000 set aside for investors in regional centers by Sec. 610 of P.L. 102-395.

4. INA Section 203(e) provides that family-sponsored and employment-based preference visas be issued to eligi
in which a petition in behalf of each has been filed. Section 203(d) provides that spouses and children of prefere
entitled to the same status, and the same order of consideration, if accompanying or following to join the principa
provisions of Section 202(e) apply to allocations for a foreign state or dependent area when visa demand excee
These provisions apply at present to the following oversubscribed chargeability areas: CHINA-mainland born, IN
PHILIPPINES.

5. On the chart below, the listing of a date for any class indicates that the class is oversubscribed (see paragrapl
i.e., numbers are available for all qualified applicants; and "U" means unavailable, i.e., no numbers are available.
available only for applicants whose priority date is earlier than the cut-off date listed below.)

| Fam-ily | All Charge-ability Areas Except Those Listed | CHINA-mainland born | INDIA | MEXICO | PHILIPP-INES |
|---|---|---|---|---|---|
| 1st | 01MAY00 | 01MAY00 | 01MAY00 | 01JAN93 | 01NOV91 |
| 2A | 22APR01 | 22APR01 | 22APR01 | 15OCT99 | 22APR01 |
| 2B | 01JAN97 | 01JAN97 | 01JAN97 | 15FEB92 | 22JUL96 |
| 3rd | 22OCT98 | 22OCT98 | 22OCT98 | 01JAN94 | 01AUG90 |
| 4th | 15SEP95 | 01FEB95 | 01AUG95 | 15SEP93 | 01APR84 |

*NOTE: For October, 2A numbers EXEMPT from per-country limit are available to applicants from all countries v
than 15OCT99. 2A numbers SUBJECT to per-country limit are available to applicants chargeable to all countries
priority dates beginning 15OCT99 and earlier than 22APR01. (All 2A numbers provided for MEXICO are exempt
there are no 2A numbers for MEXICO subject to per-country limit.)

Exhibit A
Govt.'s Supp. Resp. In Opp.
Page 14

## Visa Bulletin

*Number 99*
*Volume VIII*
*Washington, D.C.*

## VISA BULLETIN FOR NOVEMBER 2006

### A. STATUTORY NUMBERS

1. This bulletin summarizes the availability of immigrant numbers during November. Consular officers are require Department of State documentarily qualified applicants for numerically limited visas; the Bureau of Citizenship ar the Department of Homeland Security reports applicants for adjustment of status. Allocations were made, to the numerical limitations, for the demand received by October 6th in the chronological order of the reported priority d not be satisfied within the statutory or regulatory limits, the category or foreign state in which demand was exces oversubscribed. The cut-off date for an oversubscribed category is the priority date of the first applicant who coul the numerical limits.

Only applicants who have a priority date earlier than the cut-off date may be allotted a number. Immediately that during the monthly allocation process to retrogress a cut-off date, supplemental requests for numbers will be hor date falls within the new cut-off date.

2.Section 201 of the Immigration and Nationality Act (INA) sets an annual minimum family-sponsored preference worldwide level for annual employment-based preference immigrants is at least 140,000. Section 202 prescribes for preference immigrants is set at 7% of the total annual family-sponsored and employment-based preference li dependent area limit is set at 2%, or 7,320.

3. Section 203 of the INA prescribes preference classes for allotment of immigrant visas as follows:

### FAMILY-SPONSORED PREFERENCES

First : Unmarried Sons and Daughters of Citizens: 23,400 plus any numbers not required for fourth preference.

Second : Spouses and Children, and Unmarried Sons and Daughters of Permanent

Residents: 114,200, plus the number (if any) by which the worldwide family preference level exceeds 226,000, a preference numbers:

A. Spouses and Children: 77% of the overall second preference limitation, of which 75% are exempt from the pe

B. Unmarried Sons and Daughters (21 years of age or older): 23% of the overall second preference limitation.

Third : Married Sons and Daughters of Citizens: 23,400, plus any numbers not required by first and second prefe

Fourth : Brothers and Sisters of Adult Citizens: 65,000, plus any numbers not required by first three preferences.

### EMPLOYMENT-BASED PREFERENCES

First : Priority Workers: 28.6% of the worldwide employment-based preference level, plus any numbers not requi preferences.

Second : Members of the Professions Holding Advanced Degrees or Persons of Exceptional Ability: 28.6% of the based preference level, plus any numbers not required by first preference.

Third : Skilled Workers, Professionals, and Other Workers: 28.6% of the worldwide level, plus any numbers not r second preferences, not more than 10,000 of which to "Other Workers".

Schedule A Workers : Employment First, Second, and Third preference Schedule A applicants are entitled to up

Exhibit A
Govt.'s Supp. Resp. In Opp.
Page 15

numbers.

Fourth : Certain Special Immigrants: 7.1% of the worldwide level.

Fifth : Employment Creation: 7.1% of the worldwide level, not less than 3,000 of which reserved for investors in a unemployment area, and 3,000 set aside for investors in regional centers by Sec. 610 of P.L. 102-395.

4. INA Section 203(e) provides that family-sponsored and employment-based preference visas be issued to eligi in which a petition in behalf of each has been filed. Section 203(d) provides that spouses and children of preferen entitled to the same status, and the same order of consideration, if accompanying or following to join the principa provisions of Section 202(e) apply to allocations for a foreign state or dependent area when visa demand excee These provisions apply at present to the following oversubscribed chargeability areas: CHINA-mainland born, IN PHILIPPINES.

5. On the chart below, the listing of a date for any class indicates that the class is oversubscribed (see paragrap i.e., numbers are available for all qualified applicants; and "U" means unavailable, i.e., no numbers are available. available only for applicants whose priority date is earlier than the cut-off date listed below.)

| Family | All Charge- ability Areas Except Those Listed | CHINA- mainland born | INDIA | MEXICO | PHILIPP- INES |
|---|---|---|---|---|---|
| 1st | 22APR01 | 22APR01 | 22APR01 | 01JUL93 | 15NOV91 |
| 2A | 01SEP01 | 01SEP01 | 01SEP01 | 01DEC99 | 01SEP01 |
| 2B | 01FEB97 | 01FEB97 | 01FEB97 | 22FEB92 | 15AUG96 |
| 3rd | 15NOV98 | 15NOV98 | 15NOV98 | 01JAN95 | 08FEB91 |
| 4th | 22OCT95 | 22APR95 | 01AUG95 | 22OCT93 | 01MAY84 |

**\*NOTE:** For November, 2A numbers EXEMPT from per-country limit are available to applicants from all countrie than 01DEC99. 2A numbers SUBJECT to per-country limit are available to applicants chargeable to all countries priority dates beginning 01DEC99 and earlier than 01SEP01. (All 2A numbers provided for MEXICO are exempt there are no 2A numbers for MEXICO subject to per-country limit.)

| | All Charge- ability Areas Except Those Listed | CHINA- mainland born | INDIA | MEXICO | PHILIP -PINES |
|---|---|---|---|---|---|
| Employ- ment -Based | | | | | |
| 1st | C | C | C | C | C |
| 2nd | C | 15APR05 | 01JAN03 | C | C |
| 3rd | 01JUL02 | 01JUL02 | 22APR01 | 08MAY01 | 01JUL02 |
| Schedule A | 01OCT05 | 01OCT05 | 01OCT05 | 01OCT05 | 01OCT05 |

Exhibit A
Govt.'s Supp. Resp. In Opp.
Page 16

| Workers | | | | | |
|---|---|---|---|---|---|
| Other Workers | 01MAY01 | 01MAY01 | 01MAY01 | 01MAY01 | 01MAY01 |
| 4th | C | C | C | C | C |
| Certain Religious Workers | C | C | C | C | C |
| 5th | C | C | C | C | C |
| Targeted Employment Areas/ Regional Centers | C | C | C | C | C |

Exhibit A
Govt.'s Supp. Resp. In Opp.
Page 17

# Visa Bulletin

*Number 100*
*Volume VIII*
*Washington, D.C.*

## VISA BULLETIN FOR DECEMBER 2006

### A. STATUTORY NUMBERS

1. This bulletin summarizes the availability of immigrant numbers during December. Consular officers are requir...
Department of State documentarily qualified applicants for numerically limited visas; the Bureau of Citizenship ar...
the Department of Homeland Security reports applicants for adjustment of status. Allocations were made, to the...
numerical limitations, for the demand received by November 8th in the chronological order of the reported priorit...
could not be satisfied within the statutory or regulatory limits, the category or foreign state in which demand was...
oversubscribed. The cut-off date for an oversubscribed category is the priority date of the first applicant who cou...
the numerical limits. Only applicants who have a priority date earlier than the cut-off date may be allotted a numb...
becomes necessary during the monthly allocation process to retrogress a cut-off date, supplemental requests fo...
only if the priority date falls within the new cut-off date.

2. Section 201 of the Immigration and Nationality Act (INA) sets an annual minimum family-sponsored preferenc...
worldwide level for annual employment-based preference immigrants is at least 140,000. Section 202 prescribe...
for preference immigrants is set at 7% of the total annual family-sponsored and employment-based preference li...
dependent area limit is set at 2%, or 7,320.

3. Section 203 of the INA prescribes preference classes for allotment of immigrant visas as follows:

### FAMILY-SPONSORED PREFERENCES

First: Unmarried Sons and Daughters of Citizens: 23,400 plus any numbers not required for fourth preference.

Second: Spouses and Children, and Unmarried Sons and Daughters of Permanent
Residents: 114,200, plus the number (if any) by which the worldwide family preference level exceeds 226,000, ...
preference numbers:

A. Spouses and Children: 77% of the overall second preference limitation, of which 75% are exempt from the p...

B. Unmarried Sons and Daughters (21 years of age or older): 23% of the overall second preference limitation.

Third: Married Sons and Daughters of Citizens: 23,400, plus any numbers not required by first and second pref...

Fourth: Brothers and Sisters of Adult Citizens: 65,000, plus any numbers not required by first three preferences...

### EMPLOYMENT-BASED PREFERENCES

First: Priority Workers: 28.6% of the worldwide employment-based preference level, plus any numbers not requi...
preferences.

Second: Members of the Professions Holding Advanced Degrees or Persons of Exceptional Ability: 28.6% of th...
based preference
level, plus any numbers not required by first preference.

Third: Skilled Workers, Professionals, and Other Workers: 28.6% of the worldwide level, plus any numbers not r...
second
preferences, not more than 10,000 of which to "Other Workers".

Schedule A Workers: Employment First, Second, and Third preference Schedule A applicants are entitled to up t...
numbers.

Exhibit A
Govt.'s Supp. Resp. In Opp.
Page 18

Fourth: Certain Special Immigrants: 7.1% of the worldwide level.

Fifth: Employment Creation: 7.1% of the worldwide level, not less than 3,000 of which reserved for investors in unemployment area, and 3,000 set aside for investors in regional centers by Sec. 610 of P.L. 102-395.

4.  INA Section 203(e) provides that family-sponsored and employment-based preference visas be issued to elig order in which a petition in behalf of each has been filed.  Section 203(d) provides that spouses and children of p entitled to the same status, and the same order of consideration, if accompanying or following to join the principa provisions of Section 202(e) apply to allocations for a foreign state or dependent area when visa demand exceec These provisions apply at present to the following oversubscribed chargeability areas: CHINA-mainland born, IN PHILIPPINES.

5.  On the chart below, the listing of a date for any class indicates that the class is oversubscribed (see paragrap i.e., numbers are available for all qualified applicants; and "U" means unavailable, i.e., no numbers are available. available only for applicants whose priority date is earlier than the cut-off date listed below.)

| Fam-ily | All Charge-ability Areas Except Those Listed | CHINA-mainland born | INDIA | MEXICO | PHILIPP-INES |
|---|---|---|---|---|---|
| 1st | 22APR01 | 22APR01 | 22APR01 | 01JAN94 | 01DEC91 |
| 2A | 01MAR02 | 01MAR02 | 01MAR02 | 15JAN00 | 01MAR02 |
| 2B | 08MAR97 | 08MAR97 | 08MAR97 | 01MAR92 | 22AUG96 |
| 3rd | 08DEC98 | 08DEC98 | 08DEC98 | 01JAN95 | 08FEB91 |
| 4th | 01DEC95 | 22MAY95 | 22SEP95 | 22NOV93 | 01JUN84 |

**\*NOTE:**  For December, 2A numbers EXEMPT from per-country limit are available to applicants from all countrie than 15JAN00.  2A numbers SUBJECT to per-country limit are available to applicants chargeable to all countries priority dates beginning 15JAN00 and earlier than 01MAR02. (All 2A numbers provided for MEXICO are exempt there are no 2A numbers for MEXICO subject to per-country limit.)

Exhibit A
Govt.'s Supp. Resp. In Opp.
Page 19

# Visa Bulletin

*Number 101*
*Volume VIII*
*Washington, D.C.*

## VISA BULLETIN FOR JANUARY 2007

### A. STATUTORY NUMBERS

1. This bulletin summarizes the availability of immigrant numbers during January. Consular officers are required
Department of State documentarily qualified applicants for numerically limited visas; the Bureau of Citizenship an
the Department of Homeland Security reports applicants for adjustment of status. Allocations were made, to the
numerical limitations, for the demand received by December 7th in the chronological order of the reported priority
could not be satisfied within the statutory or regulatory limits, the category or foreign state in which demand was
oversubscribed. The cut-off date for an oversubscribed category is the priority date of the first applicant who coul
the numerical limits.

Only applicants who have a priority date earlier than the cut-off date may be allotted a number. Immediately that
during the monthly allocation process to retrogress a cut-off date, supplemental requests for numbers will be hon
date falls within the new cut-off date.

2. Section 201 of the Immigration and Nationality Act (INA) sets an annual minimum family-sponsored preference
worldwide level for annual employment-based preference immigrants is at least 140,000. Section 202 prescribes
for preference immigrants is set at 7% of the total annual family-sponsored and employment-based preference lin
dependent area limit is set at 2%, or 7,320.

3. Section 203 of the INA prescribes preference classes for allotment of immigrant visas as follows:

### FAMILY-SPONSORED PREFERENCES

First: Unmarried Sons and Daughters of Citizens: 23,400 plus any numbers not required for fourth preference.

Second: Spouses and Children, and Unmarried Sons and Daughters of Permanent
Residents: 114,200, plus the number (if any) by which the worldwide family preference level exceeds 226,000, a
preference numbers:

A. Spouses and Children: 77% of the overall second preference limitation, of which 75% are exempt from the pe

B. Unmarried Sons and Daughters (21 years of age or older): 23% of the overall second preference limitation.

Third: Married Sons and Daughters of Citizens: 23,400, plus any numbers not required by first and second prefer

Fourth: Brothers and Sisters of Adult Citizens: 65,000, plus any numbers not required by first three preferences.

### EMPLOYMENT-BASED PREFERENCES

First: Priority Workers: 28.6% of the worldwide employment-based preference level, plus any numbers not requir
preferences.

Second: Members of the Professions Holding Advanced Degrees or Persons of Exceptional Ability: 28.6% of the
based preference level, plus any numbers not required by first preference.

Third: Skilled Workers, Professionals, and Other Workers: 28.6% of the worldwide level, plus any numbers not re
preferences, not more than 10,000 of which to "Other Workers".

Schedule A Workers: Employment First, Second, and Third preference Schedule A applicants are entitled to up t
numbers.

Exhibit A
Govt.'s Supp. Resp. In Opp.
Page 20

Fourth: Certain Special Immigrants: 7.1% of the worldwide level.

Fifth: Employment Creation: 7.1% of the worldwide level, not less than 3,000 of which reserved for investors in a unemployment area, and 3,000 set aside for investors in regional centers by Sec. 610 of P.L. 102-395.

4. INA Section 203(e) provides that family-sponsored and employment-based preference visas be issued to eligi in which a petition in behalf of each has been filed. Section 203(d) provides that spouses and children of preferen entitled to the same status, and the same order of consideration, if accompanying or following to join the principa provisions of Section 202(e) apply to allocations for a foreign state or dependent area when visa demand exceed These provisions apply at present to the following oversubscribed chargeability areas: CHINA-mainland born, IN PHILIPPINES.

5. On the chart below, the listing of a date for any class indicates that the class is oversubscribed (see paragrapl i.e., numbers are available for all qualified applicants; and "U" means unavailable, i.e., no numbers are available. available only for applicants whose priority date is earlier than the cut-off date listed below.)

| Fam-ily | All Charge-ability Areas Except Those Listed | CHINA-mainland born | INDIA | MEXICO | PHILIPP-INES |
|---------|-----------------------------------------------|---------------------|---------|---------|--------------|
| 1st | 22APR01 | 22APR01 | 22APR01 | 01JAN94 | 15DEC91 |
| 2A | 15MAR02 | 15MAR02 | 15MAR02 | 15MAR00 | 15MAR02 |
| 2B | 08APR97 | 08APR97 | 08APR97 | 01MAR92 | 08SEP96 |
| 3rd | 01JAN99 | 01JAN99 | 01JAN99 | 01JAN95 | 08FEB91 |
| 4th | 08JAN96 | 22JUN95 | 01OCT95 | 22JAN94 | 01JUL84 |

*NOTE: For January, 2A numbers EXEMPT from per-country limit are available to applicants from all countries w than 15MAR00. 2A numbers SUBJECT to per-country limit are available to applicants chargeable to all countries priority dates beginning 15MAR00 and earlier than 15MAR02. (All 2A numbers provided for MEXICO are exempt there are no 2A numbers for MEXICO subject to per-country limit.)

Exhibit A
Govt.'s Supp. Resp. In Opp.
Page 21

## Visa Bulletin

*Number 102*
*Volume VIII*
*Washington, D.C.*

## VISA BULLETIN FOR FEBRUARY 2007

### A. STATUTORY NUMBERS

1. This bulletin summarizes the availability of immigrant numbers during February. Consular officers are required Department of State documentarily qualified applicants for numerically limited visas; the Bureau of Citizenship an the Department of Homeland Security reports applicants for adjustment of status. Allocations were made, to the numerical limitations, for the demand received by January 8th in the chronological order of the reported priority d not be satisfied within the statutory or regulatory limits, the category or foreign state in which demand was exces oversubscribed. The cut-off date for an oversubscribed category is the priority date of the first applicant who coul the numerical limits.
Only applicants who have a priority date earlier than the cut-off date may be allotted a number. Immediately that during the monthly allocation process to retrogress a cut-off date, supplemental requests for numbers will be hor date falls within the new cut-off date.

2. Section 201 of the Immigration and Nationality Act (INA) sets an annual minimum family-sponsored preference worldwide level for annual employment-based preference immigrants is at least 140,000. Section 202 prescribes for preference immigrants is set at 7% of the total annual family-sponsored and employment-based preference li dependent area limit is set at 2%, or 7,320.

3. Section 203 of the INA prescribes preference classes for allotment of immigrant visas as follows:

### FAMILY-SPONSORED PREFERENCES

First: Unmarried Sons and Daughters of Citizens: 23,400 plus any numbers not required for fourth preference.

Second: Spouses and Children, and Unmarried Sons and Daughters of Permanent Residents: 114,200, plus the the worldwide family preference level exceeds 226,000, and any unused first preference numbers:

A. Spouses and Children: 77% of the overall second preference limitation, of which 75% are exempt from the pe

B. Unmarried Sons and Daughters (21 years of age or older): 23% of the overall second preference limitation.

Third: Married Sons and Daughters of Citizens: 23,400, plus any numbers not required by first and second prefe

Fourth: Brothers and Sisters of Adult Citizens: 65,000, plus any numbers not required by first three preferences.

### EMPLOYMENT-BASED PREFERENCES

First: Priority Workers: 28.6% of the worldwide employment-based preference level, plus any numbers not requir preferences.

Second: Members of the Professions Holding Advanced Degrees or Persons of Exceptional Ability: 28.6% of the based preference level, plus any numbers not required by first preference.

Third: Skilled Workers, Professionals, and Other Workers: 28.6% of the worldwide level, plus any numbers not re preferences, not more than 10,000 of which to "Other Workers".

Schedule A Workers: Employment First, Second, and Third preference Schedule A applicants are entitled to up t numbers.

Fourth: Certain Special Immigrants: 7.1% of the worldwide level.

Exhibit A
Govt.'s Supp. Resp. In Opp.
Page 22

Fifth: Employment Creation: 7.1% of the worldwide level, not less than 3,000 of which reserved for investors in a unemployment area, and 3,000 set aside for investors in regional centers by Sec. 610 of P.L. 102-395.

4. INA Section 203(e) provides that family-sponsored and employment-based preference visas be issued to eligi in which a petition in behalf of each has been filed. Section 203(d) provides that spouses and children of preferer entitled to the same
status, and the same order of consideration, if accompanying or following to join the principal. The visa prorating (e)
apply to allocations for a foreign state or dependent area when visa demand exceeds the per-country limit. These present to the following oversubscribed chargeability areas: CHINA-mainland born, INDIA, MEXICO, and PHILIF

5. On the chart below, the listing of a date for any class indicates that the class is oversubscribed (see paragraph i.e., numbers are available for all qualified applicants; and "U" means unavailable, i.e., no numbers are available. available only for applicants whose priority date is earlier than the cut-off date listed below.)

| Family | All Charge-ability Areas Except Those Listed | CHINA-mainland born | INDIA | MEXICO | PHILIPP-INES |
|--------|------------------|---------------------|---------|---------|--------------|
| 1st | 01MAY01 | 01MAY01 | 01MAY01 | 01JAN94 | 01JAN92 |
| 2A | 22MAR02 | 22MAR02 | 22MAR02 | 15MAY00 | 22MAR02 |
| 2B | 15MAY97 | 15MAY97 | 15MAY97 | 01MAR92 | 01OCT96 |
| 3rd | 01FEB99 | 01FEB99 | 01FEB99 | 01JAN95 | 08FEB91 |
| 4th | 15FEB96 | 22JUL95 | 08OCT95 | 15MAR94 | 01AUG84 |

**\*NOTE**: For February, 2A numbers EXEMPT from per-country limit are available to applicants from all countries than 15MAY00. 2A numbers SUBJECT to per-country limit are available to applicants chargeable to all countries priority dates beginning 15MAY00 and earlier than 22MAR02. (All 2A numbers provided for MEXICO are exempt there are no 2A numbers for MEXICO subject to per-country limit.)

Exhibit A
Govt.'s Supp. Resp. In Opp.
Page 23

# Visa Bulletin

*Number 103*
*Volume VIII*
*Washington, D.C.*

## VISA BULLETIN FOR MARCH 2007

### A. STATUTORY NUMBERS

1. This bulletin summarizes the availability of immigrant numbers during March. Consular officers are required to of State documentarily qualified applicants for numerically limited visas; the Bureau of Citizenship and Immigratic Department of Homeland Security reports applicants for adjustment of status. Allocations were made, to the exte numerical limitations, for the demand received by February 8th in the chronological order of the reported priority not be satisfied within the statutory or regulatory limits, the category or foreign state in which demand was exces oversubscribed. The cut-off date for an oversubscribed category is the priority date of the first applicant who coul the numerical limits. Only applicants who have a priority date earlier than the cut-off date may be allotted a numb becomes necessary during the monthly allocation process to retrogress a cut-off date, supplemental requests for only if the priority date falls within the new cut-off date.

2. Section 201 of the Immigration and Nationality Act (INA) sets an annual minimum family-sponsored preferenc worldwide level for annual employment-based preference immigrants is at least 140,000. Section 202 prescribes for preference immigrants is set at 7% of the total annual family-sponsored and employment-based preference li dependent area limit is set at 2%, or 7,320.

3. Section 203 of the INA prescribes preference classes for allotment of immigrant visas as follows:

### FAMILY-SPONSORED PREFERENCES

First : Unmarried Sons and Daughters of Citizens: 23,400 plus any numbers not required for fourth preference.

Second : Spouses and Children, and Unmarried Sons and Daughters of Permanent

Residents: 114,200, plus the number (if any) by which the worldwide family preference level exceeds 226,000, a preference numbers:

A. Spouses and Children: 77% of the overall second preference limitation, of which 75% are exempt from the pe

B. Unmarried Sons and Daughters (21 years of age or older): 23% of the overall second preference limitation.

Third : Married Sons and Daughters of Citizens: 23,400, plus any numbers not required by first and second prefe

Fourth : Brothers and Sisters of Adult Citizens: 65,000, plus any numbers not required by first three preferences.

### EMPLOYMENT-BASED PREFERENCES

First : Priority Workers: 28.6% of the worldwide employment-based preference level, plus any numbers not requi preferences.

Second : Members of the Professions Holding Advanced Degrees or Persons of Exceptional Ability: 28.6% of the based preference level, plus any numbers not required by first preference.

Third : Skilled Workers, Professionals, and Other Workers: 28.6% of the worldwide level, plus any numbers not r second preferences, not more than 10,000 of which to "Other Workers".

Fourth : Certain Special Immigrants: 7.1% of the worldwide level.

Fifth : Employment Creation: 7.1% of the worldwide level, not less than 3,000 of which reserved for investors in

Exhibit A
Govt.'s Supp. Resp. In Opp.
Page 24

unemployment area, and 3,000 set aside for investors in regional centers by Sec. 610 of P.L. 102-395.

4. INA Section 203(e) provides that family-sponsored and employment-based preference visas be issued to eligi in which a petition in behalf of each has been filed. Section 203(d) provides that spouses and children of prefere entitled to the same status, and the same order of consideration, if accompanying or following to join the principa provisions of Section 202(e) apply to allocations for a foreign state or dependent area when visa demand exceed These provisions apply at present to the following oversubscribed chargeability areas: CHINA-mainland born, IN PHILIPPINES.

5. On the chart below, the listing of a date for any class indicates that the class is oversubscribed (see paragraph i.e., numbers are available for all qualified applicants; and "U" means unavailable, i.e., no numbers are available. available only for applicants whose priority date is earlier than the cut-off date listed below.)

| Fam-ily | All Charge-ability Areas Except Those Listed | CHINA-mainland born | INDIA | MEXICO | PHILIPP-INES |
|---|---|---|---|---|---|
| 1st | 01MAY01 | 01MAY01 | 01MAY01 | 01JAN94 | 22JAN92 |
| 2A | 22MAR02 | 22MAR02 | 22MAR02 | 15AUG00 | 22MAR02 |
| 2B | 01JUL97 | 01JUL97 | 01JUL97 | 01MAR92 | 01OCT96 |
| 3rd | 01MAR99 | 01MAR99 | 01MAR99 | 01AUG94 | 01SEP90 |
| 4th | 22MAR96 | 22AUG95 | 08NOV95 | 01MAY94 | 01SEP84 |

*NOTE: For March, 2A numbers EXEMPT from per-country limit are available to applicants from all countries wit 15AUG00. 2A numbers SUBJECT to per-country limit are available to applicants chargeable to all countries EXC priority dates beginning 15AUG00 and earlier than 22MAR02. (All 2A numbers provided for MEXICO are exempt there are no 2A numbers for MEXICO subject to per-country limit.)

Exhibit A
Govt.'s Supp. Resp. In Opp.
Page 25

# Visa Bulletin

*Number 104*
*Volume VIII*
*Washington, D.C.*

## VISA BULLETIN FOR APRIL 2007

### A. STATUTORY NUMBERS

1. This bulletin summarizes the availability of immigrant numbers during April. Consular officers are required to re State documentarily qualified applicants for numerically limited visas; the Bureau of Citizenship and Immigration Department of Homeland Security reports applicants for adjustment of status. Allocations were made, to the exte numerical limitations, for the demand received by March 8th in the chronological order of the reported priority dat not be satisfied within the statutory or regulatory limits, the category or foreign state in which demand was exces oversubscribed. The cut-off date for an oversubscribed category is the priority date of the first applicant who cou the numerical limits. Only applicants who have a priority date earlier than the cut-off date may be allotted a numb becomes necessary during the monthly allocation process to retrogress a cut-off date, supplemental requests for only if the priority date falls within the new cut-off date.

2. Section 201 of the Immigration and Nationality Act (INA) sets an annual minimum family-sponsored preferenc worldwide level for annual employment-based preference immigrants is at least 140,000. Section 202 prescribes for preference immigrants is set at 7% of the total annual family-sponsored and employment-based preference li dependent area limit is set at 2%, or 7,320.

3. Section 203 of the INA prescribes preference classes for allotment of immigrant visas as follows:

### FAMILY-SPONSORED PREFERENCES

First : Unmarried Sons and Daughters of Citizens: 23,400 plus any numbers not required for fourth preference.

Second : Spouses and Children, and Unmarried Sons and Daughters of Permanent Residents: 114,200, plus the the worldwide family preference level exceeds 226,000, and any unused first preference numbers:

A. Spouses and Children: 77% of the overall second preference limitation, of which 75% are exempt from the pe

B. Unmarried Sons and Daughters (21 years of age or older): 23% of the overall second preference limitation.

Third : Married Sons and Daughters of Citizens: 23,400, plus any numbers not required by first and second prefe

Fourth : Brothers and Sisters of Adult Citizens: 65,000, plus any numbers not required by first three preferences.

### EMPLOYMENT-BASED PREFERENCES

First : Priority Workers: 28.6% of the worldwide employment-based preference level, plus any numbers not requi preferences.

Second : Members of the Professions Holding Advanced Degrees or Persons of Exceptional Ability: 28.6% of the based preference level, plus any numbers not required by first preference.

Third : Skilled Workers, Professionals, and Other Workers: 28.6% of the worldwide level, plus any numbers not r second preferences, not more than 10,000 of which to "Other Workers".

Fourth : Certain Special Immigrants: 7.1% of the worldwide level.

Fifth : Employment Creation: 7.1% of the worldwide level, not less than 3,000 of which reserved for investors in a unemployment area, and 3,000 set aside for investors in regional centers by Sec. 610 of P.L. 102-395.

Exhibit A
Govt.'s Supp. Resp. In Opp.
Page 26

4. INA Section 203(e) provides that family-sponsored and employment-based preference visas be issued to eligi in which a petition in behalf of each has been filed. Section 203(d) provides that spouses and children of preferer entitled to the same status, and the same order of consideration, if accompanying or following to join the principa provisions of Section 202(e) apply to allocations for a foreign state or dependent area when visa demand exceed These provisions apply at present to the following oversubscribed chargeability areas: CHINA-mainland born, IN PHILIPPINES.

5. On the chart below, the listing of a date for any class indicates that the class is oversubscribed (see paragrapl i.e., numbers are available for all qualified applicants; and "U" means unavailable, i.e., no numbers are available. available only for applicants whose priority date is earlier than the cut-off date listed below.)

| Fam-ily | All Charge-ability Areas Except Those Listed | CHINA-mainland born | INDIA | MEXICO | PHILIPP-INES |
|---|---|---|---|---|---|
| 1st | 08MAY01 | 08MAY01 | 08MAY01 | 01JAN94 | 22FEB92 |
| 2A | 01APR02 | 01APR02 | 01APR02 | 01DEC00 | 01APR02 |
| 2B | 15AUG97 | 15AUG97 | 15AUG97 | 01MAR92 | 01OCT96 |
| 3rd | 22MAR99 | 22MAR99 | 22MAR99 | 08FEB88 | 01JAN85 |
| 4th | 01MAY96 | 15OCT95 | 01JAN96 | 08JUN94 | 01NOV84 |

**NOTE**: For April, 2A numbers EXEMPT from per-country limit are available to applicants from all countries with 01DEC00. 2A numbers SUBJECT to per-country limit are available to applicants chargeable to all countries EXC priority dates beginning 01DEC00 and earlier than 01APR02. (All 2A numbers provided for MEXICO are exempt there are no 2A numbers for MEXICO subject to per-country limit.)

Exhibit A
Govt.'s Supp. Resp. In Opp.
Page 27

# Visa Bulletin

*Number 105*
*Volume VIII*
*Washington, D.C.*

## VISA BULLETIN FOR MAY 2007

### A. STATUTORY NUMBERS

1. This bulletin summarizes the availability of immigrant numbers during May. Consular officers are required to re State documentarily qualified applicants for numerically limited visas; the Bureau of Citizenship and Immigration Department of Homeland Security reports applicants for adjustment of status. Allocations were made, to the exte numerical limitations, for the demand received by April 11th in the chronological order of the reported priority date not be satisfied within the statutory or regulatory limits, the category or foreign state in which demand was exces oversubscribed. The cut-off date for an oversubscribed category is the priority date of the first applicant who coul the numerical limits. Only applicants who have a priority date earlier than the cut-off date may be allotted a numb becomes necessary during the monthly allocation process to retrogress a cut-off date, supplemental requests for only if the priority date falls within the new cut-off date.

2. Section 201 of the Immigration and Nationality Act (INA) sets an annual minimum family-sponsored preference worldwide level for annual employment-based preference immigrants is at least 140,000. Section 202 prescribes for preference immigrants is set at 7% of the total annual family-sponsored and employment-based preference li dependent area limit is set at 2%, or 7,320.

3. Section 203 of the INA prescribes preference classes for allotment of immigrant visas as follows:

### FAMILY-SPONSORED PREFERENCES

First : Unmarried Sons and Daughters of Citizens: 23,400 plus any numbers not required for fourth preference.

Second : Spouses and Children, and Unmarried Sons and Daughters of Permanent Residents: 114,200, plus the the worldwide family preference level exceeds 226,000, and any unused first preference numbers:

A. Spouses and Children: 77% of the overall second preference limitation, of which 75% are exempt from the pe

B. Unmarried Sons and Daughters (21 years of age or older): 23% of the overall second preference limitation.

Third : Married Sons and Daughters of Citizens: 23,400, plus any numbers not required by first and second prefe

Fourth : Brothers and Sisters of Adult Citizens: 65,000, plus any numbers not required by first three preferences.

### EMPLOYMENT-BASED PREFERENCES

First : Priority Workers: 28.6% of the worldwide employment-based preference level, plus any numbers not requi preferences.

Second : Members of the Professions Holding Advanced Degrees or Persons of Exceptional Ability: 28.6% of the based preference level, plus any numbers not required by first preference.

Third : Skilled Workers, Professionals, and Other Workers: 28.6% of the worldwide level, plus any numbers not r second preferences, not more than 10,000 of which to "Other Workers".

Fourth : Certain Special Immigrants: 7.1% of the worldwide level.

Fifth : Employment Creation: 7.1% of the worldwide level, not less than 3,000 of which reserved for investors in a unemployment area, and 3,000 set aside for investors in regional centers by Sec. 610 of P.L. 102-395.

Exhibit A
Govt.'s Supp. Resp. In Opp.
Page 28

4. INA Section 203(e) provides that family-sponsored and employment-based preference visas be issued to eligi in which a petition in behalf of each has been filed. Section 203(d) provides that spouses and children of preferer entitled to the same status, and the same order of consideration, if accompanying or following to join the principa provisions of Section 202(e) apply to allocations for a foreign state or dependent area when visa demand exceed These provisions apply at present to the following oversubscribed chargeability areas: CHINA-mainland born, IN PHILIPPINES.

5. On the chart below, the listing of a date for any class indicates that the class is oversubscribed (see paragraph i.e., numbers are available for all qualified applicants; and "U" means unavailable, i.e., no numbers are available. available only for applicants whose priority date is earlier than the cut-off date listed below.)

| Family | All Charge-ability Areas Except Those Listed | CHINA-mainland born | INDIA | MEXICO | PHILIPP-INES |
|---|---|---|---|---|---|
| 1st | 15MAY01 | 15MAY01 | 15MAY01 | 01JAN91 | 22MAR92 |
| 2A | 08APR02 | 08APR02 | 08APR02 | 01JAN01 | 08APR02 |
| 2B | 01OCT97 | 01OCT97 | 01OCT97 | 01MAR92 | 01OCT96 |
| 3rd | 01APR99 | 01APR99 | 01APR99 | 08FEB88 | 01JAN85 |
| 4th | 15MAY96 | 22NOV95 | 08JAN96 | 01JUL94 | 01JAN85 |

**\*NOTE:** For May, 2A numbers EXEMPT from per-country limit are available to applicants from all countries with 01JAN01. 2A numbers SUBJECT to per-country limit are available to applicants chargeable to all countries EXC dates beginning 01JAN01 and earlier than 08APR02. (All 2A numbers provided for MEXICO are exempt from the are no 2A numbers for MEXICO subject to per-country limit.)

Exhibit A
Govt.'s Supp. Resp. In Opp.
Page 29

# Visa Bulletin

*Number 106*
*Volume VIII*
*Washington, D.C.*

## VISA BULLETIN FOR JUNE 2007

### A. STATUTORY NUMBERS:

1. This bulletin summarizes the availability of immigrant numbers during June. Consular officers are required to r State documentarily qualified applicants for numerically limited visas; the Bureau of Citizenship and Immigration Department of Homeland Security reports applicants for adjustment of status. Allocations were made, to the exte numerical limitations, for the demand received by May 11th in the chronological order of the reported priority date not be satisfied within the statutory or regulatory limits, the category or foreign state in which demand was exces oversubscribed. The cut-off date for an oversubscribed category is the priority date of the first applicant who coul the numerical limits. Only applicants who have a priority date earlier than the cut-off date may be allotted a numt becomes necessary during the monthly allocation process to retrogress a cut-off date, supplemental requests for only if the priority date falls within the new cut-off date. 2. Section 201 of the Immigration and Nationality Act (IN/ family-sponsored preference limit of 226,000. The worldwide level for annual employment-based preference imm 140,000. Section 202 prescribes that the per-country limit for preference immigrants is set at 7% of the total annu employment-based preference limits, i.e., 25,620. The dependent area limit is set at 2%, or 7,320.

3. Section 203 of the INA prescribes preference classes for allotment of immigrant visas as follows:

### FAMILY-SPONSORED PREFERENCES

First : Unmarried Sons and Daughters of Citizens: 23,400 plus any numbers not required for fourth preference.

Second : Spouses and Children, and Unmarried Sons and Daughters of Permanent Residents: 114,200, plus the the worldwide family preference level exceeds 226,000, and any unused first preference numbers:

A. Spouses and Children: 77% of the overall second preference limitation, of which 75% are exempt from the pe

B. Unmarried Sons and Daughters (21 years of age or older): 23% of the overall second preference limitation.

Third : Married Sons and Daughters of Citizens: 23,400, plus any numbers not required by first and second prefe

Fourth : Brothers and Sisters of Adult Citizens: 65,000, plus any numbers not required by first three preferences.

### EMPLOYMENT-BASED PREFERENCES

First : Priority Workers: 28.6% of the worldwide employment-based preference level, plus any numbers not requi preferences.

Second : Members of the Professions Holding Advanced Degrees or Persons of Exceptional Ability: 28.6% of the based preference level, plus any numbers not required by first preference.

Third : Skilled Workers, Professionals, and Other Workers: 28.6% of the worldwide level, plus any numbers not r second preferences, not more than 10,000 of which to "Other Workers".

Fourth : Certain Special Immigrants: 7.1% of the worldwide level.

Fifth : Employment Creation: 7.1% of the worldwide level, not less than 3,000 of which reserved for investors in a unemployment area, and 3,000 set aside for investors in regional centers by Sec. 610 of P.L. 102-395.

4. INA Section 203(e) provides that family-sponsored and employment-based preference visas be issued to eligi in which a petition in behalf of each has been filed. Section 203(d) provides that spouses and children of preferen

Exhibit A
Govt.'s Supp. Resp. In Opp.
Page 30

entitled to the same status, and the same order of consideration, if accompanying or following to join the principa
provisions of Section 202(e) apply to allocations for a foreign state or dependent area when visa demand exceed
These provisions apply at present to the following oversubscribed chargeability areas: CHINA-mainland born, IN
PHILIPPINES.

5. On the chart below, the listing of a date for any class indicates that the class is oversubscribed (see paragrapl
i.e., numbers are available for all qualified applicants; and "U" means unavailable, i.e., no numbers are available.
available only for applicants whose priority date is earlier than the cut-off date listed below.)

| Fam-ily | All Charge-ability Areas Except Those Listed | CHINA-mainland born | INDIA | MEXICO | PHILIPP-INES |
|---|---|---|---|---|---|
| 1st | 01JUN01 | 01JUN01 | 01JUN01 | 01JAN91 | 22APR92 |
| 2A | 22APR02 | 22APR02 | 22APR02 | 01MAY01 | 22APR02 |
| 2B | 01DEC97 | 01DEC97 | 01DEC97 | 08MAR92 | 01OCT96 |
| 3rd | 15MAY99 | 15MAY99 | 15MAY99 | 08FEB88 | 01JAN85 |
| 4th | 08JUN96 | 08JAN96 | 22JAN96 | 15JUL94 | 01MAR85 |

*NOTE: For June, 2A numbers EXEMPT from per-country limit are available to applicants from all countries with
01MAY01. 2A numbers SUBJECT to per-country limit are available to applicants chargeable to all countries EXC
priority dates beginning 01MAY01 and earlier than 22APR02. (All 2A numbers provided for MEXICO are exempt
there are no 2A numbers for MEXICO subject to per-country limit.)

| | All Charge-ability Areas Except Those Listed | CHINA-mainland born | INDIA | MEXICO | PHILIP-PINES |
|---|---|---|---|---|---|
| **Employ-ment-Based** | | | | | |
| 1st | C | C | C | C | C |
| 2nd | C | 01JAN06 | 01APR04 | C | C |
| 3rd | 01JUN05 | 01JUN03 | 01JUN03 | 01JUN03 | 01JUN05 |
| Other Workers | 01OCT01 | 01OCT01 | 01OCT01 | 01OCT01 | 01OCT01 |
| 4th | C | C | C | C | C |
| Certain Religious Workers | C | C | C | C | C |
| Iraqi & Afghani | 18SEP06 | 18SEP06 | 18SEP06 | 18SEP06 | 18SEP06 |

Exhibit A
Govt.'s Supp. Resp. In Opp.
Page 31

| Translators | | | | | |
|---|---|---|---|---|---|
| 5th | C | C | C | C | C |
| Targeted Employ- ment Areas/ Regional Centers | C | C | C | C | C |

http://travel.state.gov/visa/frvi/bulletin/bulletin_3236.html?css=print

8/16/2007