```
 1  JOAN KERRY BADER
    California State Bar Number 172586
 2  964 Fifth Avenue, Ste. 214
    San Diego, California 92101
 3  Telephone: (619) 699-5995
    fax (619)699-5996
 4  kbader1270@aol.com

 5  Attorney for Defendant RAMOS
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE IRMA E. GONZALEZ)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. **07CR3402IEG** |
| Plaintiff, | ) | |
| v. | ) | **DECLARATION OF DEFENDANT** |
|   | ) | **DECLARACION POR ACUSADO** |
| ISAAC RAMOS | ) | |
| Defendant. | ) | |

KAREN HEWITT, UNITED STATES ATTORNEY
ERIC BESTE, ASSISTANT UNITED STATES ATTORNEY

Yo, el acusado Isaac Ramos, juro va lo siguiente:

1. Soy el acusado en este caso.

2. Cuando yo estaba detenido en California, se me informa que yo veria un Juez de Inmigracion.

3. Cuando fui llevado a Arizona, no fui llevado ante un Juez de Inmigracion.

4. Yo no renuncie mis derechos voluntarimente, asabiendas o inteligentemente. Yo desconocia mis derechos.         *I.R.*

Ademas yo no declaro mas en este  **2**  dia de ~~Agosto~~ *sePTiembre*, 2008

_____
ISAAC RAMOS
Acusado