```
JOAN KERRY BADER
California State Bar No. 172586
964 Fifth Avenue, Suite 214
San Diego, California  92101-6128
Telephone:  (619) 699-5995
FAX (619) 699-5996
Attorney for Defendant Ramos
```

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
THE HON. IRMA E. GONZALEZ

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>v.<br><br>ISAAC RAMOS,<br>           Defendant | CASE NO.07cr3402<br><br>September 5, 2008<br>1:30 p.m.<br>PROOF OF SERVICE |

TO:  KAREN HEWITT, UNITED STATES ATTORNEY;
     ERIC BESTE, ASSISTANT UNITED STATES ATTORNEY

Defendant Isaac Ramos, by and through his attorney, J. Kerry Bader, hereby files his DECLARATION in support of his *in limine,* and his Motions to Dismiss the Indictment, and Suppress Statements and evidence on this date.

Respectfully submitted,            /s/Joan Kerry Bader
                                   Joan Kerry Bader
                                   Attorney for Isaac Ramos

Dated: September 2, 2008