```
 1  JOAN KERRY BADER
    California State Bar No. 172586
 2  964 Fifth Avenue, Suite 214
    San Diego, California  92101-6128
 3  Telephone:  (619) 699-5995
    FAX (619) 699-5996
 4  Attorney for Defendant RAMOS

 5
                     THE UNITED STATES DISTRICT COURT
 6              FOR THE SOUTHERN DISTRICT OF CALIFORNIA
                      THE HON. IRMA E. GONZALEZ
 7
    THE UNITED STATES OF         )      CASE NO. 07CR3402IEG
 8  AMERICA                      )
                                 )
 9  v.                           )
                                 )      Declaration of Defendant
10                               )
    ISAAC RAMOS,                 )
11              Defendant        )
                                 )
12                               )
    _____)
13  TO: KAREN HEWITT, UNITED STATES ATTORNEY;
        ERIC BESTE, ASSISTANT UNITED STATES ATTORNEY;
14

15
        I, Isaac Ramos, swear to the following:
16
    1.  I am the Defendant in this case.
17
    2.  When I was in custody in California I was informed I would see an
18
        Immigration Judge.
19
    3.  When they transferred me to Arizona I was never taken to an
20
        Immigration Judge.
21
    4.  I never voluntarily, intelligently or knowingly gave up my
22
        rights.  I do not know my rights.
23
    FURTHER I DECLARE NOT on this _second day of September, 2008.
24

25
    _____
26
    Isaac Ramos
27

28

                              1                        07CR3402IEG
```

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28