```
JOAN KERRY BADER
California State Bar No. 172586
964 Fifth Avenue, Suite 214
San Diego, California  92101-6128
Telephone:  (619) 699-5995
FAX (619) 699-5996
Attorney for Defendant Ramos
```

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
THE HON. IRMA E. GONZALEZ

| | |
|---|---|
| THE UNITED STATES OF AMERICA </br></br> v. </br></br> ISAAC RAMOS, </br>           Defendant | CASE 07cr3402IEG </br></br> September 5, 2008 </br> 1:30 p.m. </br> PROOF OF SERVICE |

TO: KAREN HEWITT, UNITED STATES ATTORNEY;
    ERIC BESTE, CHRISTOPHER ALEXANDER, ASSISTANT UNITED STATES
    ATTORNEYS

Defendant Isaac Ramos, by and through his attorney, J. Kerry Bader, hereby files his translated version of his declaration on the Court and Government Counsel on this date.

Respectfully submitted,          s/s Joan Kerry Bader
                                 Joan Kerry Bader
                                 Attorney for Isaac Ramos
Dated: September 2, 2008