JOAN KERRY BADER
California State Bar No. 172586
964 Fifth Avenue, Suite 214
San Diego, California  92101-6128
Telephone:  (619) 699-5995
FAX (619) 699-5996
Attorney for Defendant RAMOS

THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

THE HON. IRMA E. GONZALEZ

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>v.<br><br>ISAAC RAMOS,<br>                    Defendant | CASE NO. 07CR3402IEG<br><br>Declaration of Defendant |

TO: KAREN HEWITT, UNITED STATES ATTORNEY;
        ERIC BESTE, ASSISTANT UNITED STATES ATTORNEY;


        I, Isaac Ramos, swear to the following:

1.    I am the Defendant in this case.

2.    When I was in custody in California I was informed I would see an

        Immigration Judge.

3.    When they transferred me to Arizona I was never taken to an

        Immigration Judge.

4.    I never voluntarily, intelligently or knowingly gave up my

        rights.  I do not know my rights.

FURTHER I DECLARE NOT on this _second day of September, 2008.


_____

Isaac Ramos

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

07CR3402IEG