1  JOAN KERRY BADER
   California State Bar No. 172586
2  964 Fifth Avenue, Suite 214
   San Diego, California  92101-6128
3  Telephone:  (619) 699-5995
   FAX (619) 699-5996
4  Attorney for Defendant Ramos

5
                    THE UNITED STATES DISTRICT COURT
6          FOR THE SOUTHERN DISTRICT OF CALIFORNIA
                    THE HON. IRMA E. GONZALEZ
7
   THE UNITED STATES OF          )      CASE NO.07cr3402IEG
8  AMERICA                       )
                                 )        September 5, 2008
9  v.                            )        1:30 p.m.
                                 )
10                               )
   ISAAC RAMOS,                  )
11            Defendant          )
                                 )
12                               )
   _____)
13 TO: KAREN HEWITT, UNITED STATES ATTORNEY;
        ERIC BESTE, ASSISTANT UNITED STATES ATTORNEY
14
15     Defendant Isaac Ramos, by and through his attorney, J. Kerry Bader,

   has served this and the government with his supplemental motion to
16
   dismiss,.
17

18
   Respectfully submitted,        /s/Joan Kerry Bader
19                                 Joan Kerry Bader
                                   Attorney for Isaac Ramos
20 Dated: September 4, 2008

21

22

23

24

25

26

27

28

                                 1                        07CR3402IEG