```
 1  JOAN KERRY BADER
    California State Bar No. 172586
 2  964 Fifth Avenue, Suite 214
    San Diego, California  92101-6128
 3  Telephone:  (619) 699-5995
    FAX (619) 699-5996
 4  Attorney for Defendant Ramos
```

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
THE HON. IRMA E. GONZALEZ

| | |
|---|---|
| THE UNITED STATES OF AMERICA | CASE 07cr3402IEG |
| v. | September 9, 2008<br>9:00 a.m.<br>DEFENDANT'S EXHIBIT 12 |
| ISAAC RAMOS, Defendant | |

TO: KAREN HEWITT, UNITED STATES ATTORNEY;
    ERIC BESTE, ASSISTANT UNITED STATES ATTORNEY

The defendant in this case, Isaac Ramos, hereby submits the following documents, including Defense Exhibit 12, which is comprised of photographs of the area of arrest in this matter.

Dated: September 8, 2008

_____

Joan Kerry Bader

Attorney for the Defendant

1

07CR0449

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

07CR0449