```
 1  JOAN KERRY BADER
    California State Bar No. 172586
 2  964 Fifth Avenue, Suite 214
    San Diego, California  92101-6128
 3  Telephone:  (619) 699-5995
    FAX (619) 699-5996
 4  Attorney for Defendant Ramos

 5
                  THE UNITED STATES DISTRICT COURT
 6           FOR THE SOUTHERN DISTRICT OF CALIFORNIA
                    THE HON. IRMA E. GONZALEZ
 7
    THE UNITED STATES OF        )   CASE 07cr3402IEG
 8  AMERICA                     )
                                )   September 9, 2008
 9  v.                          )   1:30 p.m.
                                )   PROOF OF SERVICE
10                              )
    ISAAC RAMOS,                )
11           Defendant          )
                                )
12                              )
    _____)
13  TO: KAREN HEWITT, UNITED STATES ATTORNEY;
        ERIC BESTE, ASSISTANT UNITED STATES ATTORNEY
14
        Defendant Isaac Ramos, by and through his attorney, J. Kerry Bader,
15
    hereby files Defense Exhibit 12 on the Court and Government Counsel on
16
    this date.
17

18
    Respectfully submitted,        s/s Joan Kerry Bader
19                                 Joan Kerry Bader
                                   Attorney for Isaac Ramos
20  Dated: September 8, 2008
```