1  JOAN KERRY BADER
   California State Bar No. 172586
2  964 Fifth Avenue, Suite 214
   San Diego, California  92101-6128
3  Telephone:  (619) 699-5995
   FAX (619) 699-5996
4  Attorney for Defendant Ramos

5

6                    THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF CALIFORNIA
7                    THE HON. IRMA E. GONZALEZ

8

9  THE UNITED STATES OF            )        CASE 07cr3402IEG
   AMERICA                         )
10                                 )        September 9, 2008
   v.                              )           9:00 a.m.
11                                 )        MOTION TO WITHDRAW
                                   )        DOCKET NUMBER 45 AND TO ADMIT
12                                 )        DEFENDANT'S EXHIBIT 12
   ISAAC RAMOS,                    )
13             Defendant           )
   _____)
14

15 TO: KAREN HEWITT, UNITED STATES ATTORNEY;
       ERIC BESTE, ASSISTANT UNITED STATES ATTORNEY
16
       The defendant in this case, Isaac Ramos, hereby moves this Court to
17
   withdraw Docket Number 45 and moves to submits the following document
18
   Defense Exhibit 12, which is comprised of transcriptions of Border
19
   Patrol recordings from the arrest in this matter.
20

21
   Dated: September 8, 2008
22

23 _____

24 Joan Kerry Bader

25 Attorney for the Defendant

26

27

28

                                  1                              07CR0449

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

07CR0449