```
JOAN KERRY BADER
California State Bar No. 172586
964 Fifth Avenue, Suite 214
San Diego, California  92101-6128
Telephone:  (619) 699-5995
FAX (619) 699-5996
Attorney for Defendant Ramos
```

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
THE HON. IRMA E. GONZALEZ

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>v.<br><br>ISAAC RAMOS,<br>           Defendant | CASE 07cr3402IEG<br><br>September 9, 2008<br>10:00 a.m.<br>NOTICE OF ADDITIONAL AUTHORITY IN SUPPORT OF MOTION TO SUPPRESS STATEMENTS |

TO: KAREN HEWITT, UNITED STATES ATTORNEY;
    ERIC BESTE, ASSISTANT UNITED STATES ATTORNEY

Defendant Isaac Ramos, by and through his attorney, J. Kerry Bader, hereby files additional authority in support of his motion to suppress. This authority is directed to nearly all of the Government's proposed exhibits which contain alleged statements by Mr. Ramos.

The authority is <u>Mathis v. United States</u>, 391 U.S. 1 (1968). In <u>Mathis</u>, IRS agents interviewed the defendant for civil findings while he was serving custody on a different charge. The Supreme Court held that it was error for the agents to fail to administer <u>Miranda</u> warnings to Mr. Mathis. The Supreme Court specifically rejected the government's arguments that the investigators were simply inquiring as part of a routine tax investigation and that the IRS agents were not the persons who had placed him in custody. The Court said that "[t]hese differences are too minor and shadowy to justify a departure from the well-considered conclusions of *Miranda* with references to warnings to be

given to a person held in custody." The Court stated further: "We find nothing in the *Miranda* opinion which calls for a curtailment of the warnings to be given persons under interrogation by officers based on the reason why the person is in custody."

In <u>United States v. Chen</u>, 439 F.3d 1037 (9th Cir. 2006). INS agent erred by failing to administer <u>Miranda</u> warnings while he was questioning Chen about a third party for alien smuggling suspect while Chen was in custody during administrative deportation proceedings.

Dated: September 8, 2008          Respectfully submitted,


_____

Joan Kerry Bader, Attorney for Mr. Ramos




Respectfully submitted,          <u>s/s Joan Kerry Bader</u>
                                 Joan Kerry Bader
                                 Attorney for Isaac Ramos
Dated: August 15, 2008