```
1  JOAN KERRY BADER
   California State Bar No. 172586
2  964 Fifth Avenue, Suite 214
   San Diego, California  92101-6128
3  Telephone:  (619) 699-5995
   FAX (619) 699-5996
4  Attorney for Defendant Ramos
```

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
THE HON. IRMA E. GONZALEZ

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) | CASE 07cr3402IEG |
| ) | September 9, 2008 |
| v. ) | 1:30 p.m. |
| ) | PROOF OF SERVICE |
| ISAAC RAMOS, ) | |
| Defendant ) | |

TO: KAREN HEWITT, UNITED STATES ATTORNEY;
    ERIC BESTE, ASSISTANT UNITED STATES ATTORNEY

Defendant Isaac Ramos, by and through his attorney, J. Kerry Bader, hereby files his additional authority concerning <u>miranda</u> warnings on the Court and Government Counsel on this date.

Respectfully submitted,     s/s Joan Kerry Bader
                            Joan Kerry Bader
                            Attorney for Isaac Ramos

Dated: September 8, 2008