UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     vs.<br><br>ISAAC RAMOS,<br><br>                Defendant. | CASE NO. 07CR3402 IEG<br><br><br>WAIVER OF TRIAL BY JURY<br>AND<br>~~WAIVER OF SPECIAL FINDINGS OF FACT~~ |

FILED
SEP - 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

The undersigned defendant hereby waives the right to a trial by a jury and requests the Court to try all charges against him/her in this case without a jury.

~~The undersigned defendant further waives the right to request any special findings of fact as provided by Rule 23(c) of the Federal Rules of Criminal Procedure.~~

I.R. Sep 9, 2008                    I.R.
_____         _____
                                      Defendant

The undersigned attorney represents that prior to the signing of the foregoing waiver, the above-named defendant was fully advised as to the rights of an accused under the Constitution and laws to a speedy and public trial by jury, and the right to request special findings in a case tried without a jury; and further represents that, in his/her opinion, the above waiver by the defendant of trial by jury and ~~special findings~~ is voluntarily and understandingly made, and recommends to the Court that the waiver be approved.

Sept 9, 2008                         _____
                                      Attorney for Defendant

~~The United States Attorney hereby consents that the case be tried without a jury, and waives the right to request any special findings of fact as provided by Rule 23(c) of the Federal Rules of Criminal Procedure.~~

Sept. 9, 2008                        United States Attorney

                                     By _____
                                      Assistant U.S. Attorney

APPROVED: Sept 9, 2008
                                     _____
                                     UNITED STATES DISTRICT JUDGE