MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT LIST

| USE | VS | RAMOS |
|---|---|---|

| x Plaintiff | ___ Defendant | ___ Court | Type of Hearing: | Bench Trial |
|---|---|---|---|---|
| | | | Case Number: | 07cr3402 IEG |

| NO. | MARKED | REC'VD | DESCRIPTION |
|---|---|---|---|
| 1 | 09/09/08 | 09/09/08 | MAP |
| 2 | 09/09/08 | 09/09/08 | PHOTOGRAPH |
| 3 | 09/09/08 | 09/09/08 | PHOTOGRAPH |
| 6 | 09/09/08 | 09/09/08 | May 11, 2006 Notice to Appear |
| 7 | 09/09/08 | 09/09/08 | May 11, 2006 Stipulation and Consent to Deportation |
| 8 | 09/09/08 | 09/09/08 | May 11, 2006 "Biographical Information" and Certification |
| 9 | 09/09/08 | 09/09/08 | May 11, 2006 Immigration Judge Order |
| 10 | 09/09/08 | 09/09/08 | May 11, 2006 Warrant of Removal/Deportation |
| 11 | 09/09/08 | 09/09/08 | May 11, 2006 Warning to Alien Ordered or Deported |
| 12 | 09/09/08 | 09/09/08 | December 28, 2006 Warrant of Removal/Deportation |
| 13 | 09/09/08 | 09/09/08 | August 22, 2008 Certificate of Non-Existence of Record |
| 14 | 09/09/08 | 09/09/08 | November 21, 2007 Record of Deportable/Inadmissible Alien |
| 15 | 09/09/08 | 09/09/08 | August 21, 2008 Fingerprint Card |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| | | | |
| | | | |
| | | | |
| | | | |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT LIST

USA                          VS                          RAMOS

___ Plaintiff   X Defendant   ___ Court   Type of Hearing: BENCH TRIAL

Case Number: 07CR3402 IEG

| NO. | MARKED | REC'VD | DESCRIPTION |
|---|---|---|---|
| A | 09/09/08 | 9/10/08 | A1-30 |
| B | 09/09/08 | 9/10/08 | Los Angeles Record |
| C | 09/09/08 | | I-213 Form |
| D | 09/09/08 | | I-216 Form |
| | | | |
| | | | |
| | | | |
| | | | |
| 11 | 09/9/08 | | PHOTOGRAPH OF AREA OF THE ARREST |

K:\COMMON\CRT_CLRK\GONZALEZ\TRIALS&MOTS\_07CR3402 EXB.wpd